| PLAINTIFF/PETITIONER: | CASE NUMBER: | CM-110 |
|---|---|---|
| DEFENDANT/RESPONDENT: | | |

**17. Discovery**
 a. ☐ The party or parties have completed all discovery.
 b. ☐ The following discovery will be completed by the date specified (describe all anticipated discovery):

  Party          Description          Date

 c. ☐ The following discovery issues are anticipated (specify):

**18. Economic Litigation**
 a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
 b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed (if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):

**19. Other issues**
 ☐ The party or parties request that the following additional matters be considered or determined at the case management conference (specify):

**20. Meet and confer**
 a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court (if not, explain):

 b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following (specify):

**21. Case management orders**
 Previous case management orders in this case are (check one):   ☐ none   ☐ attached as Attachment

**22. Total number of pages attached** (if any): _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____
(TYPE OR PRINT NAME)                  ▶   (SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)                  ▶   (SIGNATURE OF PARTY OR ATTORNEY)
                                       ☐ Additional signatures are attached

CM-110 [Rev. January 1, 2007]          **CASE MANAGEMENT STATEMENT**          Page 4 of 4

Sent By: HOFFMAN AND LAZEAR;    510 835 1311;    Jul-26-07  2:14PM;    Page 11/19

EXHIBIT C-39

11618412 fax - 7/26/2007 2:34:45 PM

| | CM-180 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
| TELEPHONE NO.:   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| PLAINTIFF/PETITIONER: | |
| DEFENDANT/RESPONDENT: | |
| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER: |
| | JUDGE: |
| | DEPT.: |

**To the court and to all parties:**

1. Declarant (name):
   a. ☐ is ☐ the party ☐ the attorney for the party who requested or caused the stay.
   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:
   a. ☐ With regard to all parties.
   b. ☐ With regard to the following parties (specify by name and party designation):

3. Reason for the stay:
   a. ☐ Automatic stay caused by a filing in another court. (Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)
   b. ☐ Order of a federal court or of a higher California court. (Attach a copy of the court order.)
   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. (Attach a copy of the order ending arbitration.)
   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. (Attach a copy of the client's request for arbitration showing filing and service.)
   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____    ▶    _____
(TYPE OR PRINT NAME OF DECLARANT)              (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

NOTICE OF STAY OF PROCEEDINGS

Page 1 of 1
Rules of Court, rule 3.650
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

Sent By: HOFFMAN AND LAZEAR;   510 835 1311;   Jul-26-07  2:15PM;   Page 12/19

EXHIBIT C-40

| | CM-181 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
| TELEPHONE NO.:   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| PLAINTIFF/PETITIONER: | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | DEPT.: |
| NOTICE OF TERMINATION OR MODIFICATION OF STAY | JUDICIAL OFFICER: |

To the court and all parties:

1. A *Notice of Stay of Proceedings* was filed in this matter on (date):

2. Declarant named below is
   a. ☐ the party ☐ the attorney for the party who requested or caused the stay.
   b. ☐ other (describe):

3. ☐ The stay described in the above referenced *Notice of Stay of Proceedings*
   a. ☐ has been vacated by an order of another court. (Attach a copy of the court order.)
   b. ☐ is no longer in effect.

4. ☐ The stay has been modified (describe):

5. The stay has been vacated, is no longer in effect, or has been modified
   a. ☐ with regard to all parties.
   b. ☐ with regard to the following parties (specify by name and party designation):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____           ▶        _____
(TYPE OR PRINT NAME OF DECLARANT)                  (SIGNATURE OF DECLARANT)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-181 [Rev. January 1, 2007] | NOTICE OF TERMINATION OR MODIFICATION OF STAY | Page 1 of 2<br>Cal. Rules of Court, rule 3.650<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

EXHIBIT C-41

|  |  | CM-181 |
|---|---|---|
| PLAINTIFF: | CASE NUMBER: | |
| DEFENDANT: | | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
## NOTICE OF TERMINATION OR MODIFICATION OF STAY

(NOTE: You cannot serve the Notice of Termination or Modification of Stay if you are a party in the action. The person who served the notice must complete this proof of service.)

1. I am at least 18 years old and **not a party to this action**. I am a resident of or employed in the county where the mailing took place, and my residence or business address is (specify):

2. I served a copy of the Notice of Termination or Modification of Stay by enclosing it in a sealed envelope with postage fully prepaid and (check one):
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The Notice of Termination or Modification of Stay was mailed:
   a. on (date):
   b. from (city and state):

4. The envelope was addressed and mailed as follows:

   a. Name of person served:            c. Name of person served:
      Street address:                      Street address:
      City:                                City:
      State and zip code:                  State and zip code:

   b. Name of person served:            d. Name of person served:
      Street address:                      Street address:
      City:                                City:
      State and zip code:                  State and zip code:

☐ Names and addresses of additional persons served are attached. (You may use form POS-030(P).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____       _____
(TYPE OR PRINT NAME OF DECLARANT)            (SIGNATURE OF DECLARANT)

Sent By: HOFFMAN AND LAZEAR; 510 835 1311; Jul-26-07 2:15PM; Page 14/19

EXHIBIT C-42

| | CM-200 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
| TELEPHONE NO.:     FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| NOTICE OF SETTLEMENT OF ENTIRE CASE | CASE NUMBER: |
|---|---|
| | JUDGE: |
| | DEPT.: |

**NOTICE TO PLAINTIFF OR OTHER PARTY SEEKING RELIEF**

You must file a request for dismissal of the entire case within 45 days after the date of the settlement if the settlement is unconditional. You must file a dismissal of the entire case within 45 days after the date specified in item 1b below if the settlement is conditional. Unless you file a dismissal within the required time or have shown good cause before the time for dismissal has expired why the case should not be dismissed, the court will dismiss the entire case.

To the court, all parties, and any arbitrator or other court-connected ADR neutral involved in this case:

1. This entire case has been settled. The settlement is:
   a. ☐ Unconditional. A request for dismissal will be filed within 45 days after the date of the settlement.
      Date of settlement:
   b. ☐ Conditional. The settlement agreement conditions dismissal of this matter on the satisfactory completion of specified terms that are not to be performed within 45 days of the date of the settlement. A request for dismissal will be filed no later than (date):

2. Date initial pleading filed:

3. Next scheduled hearing or conference:
   a. Purpose:
   b. ☐ (1) Date:
         (2) Time:
         (3) Department:

4. Trial date:
   a. ☐ No trial date set.
   b. ☐ (1) Date:
         (2) Time:
         (3) Department:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

▶

(TYPE OR PRINT NAME OF  ☐ ATTORNEY  ☐ PARTY WITHOUT ATTORNEY)         (SIGNATURE)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-200 [Rev. January 1, 2007]

NOTICE OF SETTLEMENT OF ENTIRE CASE

Cal. Rules of Court, rule 3.1385
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBITC-43

| PLAINTIFF/PETITIONER: | CASE NUMBER: | CM-200 |
|---|---|---|
| DEFENDANT/RESPONDENT: | | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
## NOTICE OF SETTLEMENT OF ENTIRE CASE

(NOTE: You cannot serve the Notice of Settlement of Entire Case if you are a party in the action. The person who served the notice must complete this proof of service.)

1. I am at least 18 years old and not a party to this action. I am a resident of or employed in the county where the mailing took place, and my residence or business address is (specify):

2. I served a copy of the Notice of Settlement of Entire Case by enclosing it in a sealed envelope with postage fully prepaid and (check one):
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The Notice of Settlement of Entire Case was mailed:
   a. on (date):
   b. from (city and state):

4. The envelope was addressed and mailed as follows:
   a. Name of person served:
      Street address:
      City:
      State and zip code:

   b. Name of person served:
      Street address:
      City:
      State and zip code:

   c. Name of person served:
      Street address:
      City:
      State and zip code:

   d. Name of person served:
      Street address:
      City:
      State and zip code:

   ☐ Names and addresses of additional persons served are attached. (You may use form POS-030(P).)

5. Number of pages attached _____.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____    _____
(TYPE OR PRINT NAME OF DECLARANT)         (SIGNATURE OF DECLARANT)

CM-200 [Rev. January 1, 2007]    NOTICE OF SETTLEMENT OF ENTIRE CASE    Page 2 of 2

| | | ADR-100 |
|---|---|---|
| MEDIATOR (Name and Address): | | FOR COURT USE ONLY |
| TELEPHONE NO.:  FAX NO. (Optional): | | |
| E-MAIL ADDRESS (Optional): | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | | |
| STREET ADDRESS: | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: | | |
| BRANCH NAME: | | |
| CASE NAME: | | |
| STATEMENT OF AGREEMENT OR NONAGREEMENT<br>☐ First    ☐ Supplemental | | CASE NUMBER: |

NOTE: This form must be used by mediators in the Civil Action Mediation Program (Code Civ. Proc., § 1775 et seq.) and in the Early Mediation Pilot Program (Code Civ. Proc., § 1730 et seq.).

1. This case was filed on (date if known):

2. I was selected as the mediator in this matter on (date):

3. Mediation (check one):
   a. ☐ did not take place.
      (1) ☐ A party who was ordered to appear at the mediation did not appear.
      (2) ☐ Other reason (please specify without disclosing any confidential information):

   b. ☐ took place on (date or dates):
      and lasted a total of _____ hours.

4. ☐ The mediation has not ended. I submit this form to comply with the court's requirement to do so by a specified date.

5. The mediation ended (check one):
   a. ☐ in full agreement by all parties on (date):
   b. ☐ in partial agreement
      (1) ☐ in full agreement as to the following parties:
           on (date):
      (2) ☐ in full agreement as to limited issues on (date):
   c. ☐ in nonagreement.

Date:

_____    ▶    _____
(TYPE OR PRINT NAME)                        (SIGNATURE OF MEDIATOR)

NOTE: Within 10 days of the conclusion of the mediation or, when applicable, by the deadline set by the court, the mediator must serve a copy of this statement on all parties and file the original, with proof of service, with the court clerk. The proof of service on the back of this form may be used.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
ADR-100 [Rev. January 1, 2003]

STATEMENT OF AGREEMENT OR NONAGREEMENT

Code of Civil Procedure, §§ 1739, 1775.9
American LegalNet, Inc.
www.USCourtForms.com

Sent By: HOFFMAN AND LAZEAR;    510 835 1311;    Jul-26-07 2:17PM;    Page 17/19

EXHIBIT C-45

| CASE NAME: | CASE NUMBER: |
|---|---|
|  |  |

## PROOF OF SERVICE
☐ Mail   ☐ Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is *(specify)*:

3. I mailed or personally delivered a copy of the *Statement of Agreement or Nonagreement* as follows *(complete either a or b)*:
   a. ☐ **Mail.** I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope and
         (a) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.
         (b) ☐ placed the envelope for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
         (a) Name of person served:
         (b) Address on envelope:



         (c) Date of mailing:
         (d) Place of mailing *(city and state)*:

   b. ☐ **Personal delivery.** I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address where delivered:

      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          _____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF DECLARANT)

ADR-100 [Rev. January 1, 2003]          **PROOF OF SERVICE FOR**          Page 2 of 2
                                         **STATEMENT OF AGREEMENT OR NONAGREEMENT**

Sent By: HOFFMAN AND LAZEAR;   510 835 1311;   Jul-26-07 2:17PM;   Page 18/19

EXHIBIT C-46

NAME OF COURT: _____

## ADR Information Form

| This form should be filled out and returned, within 10 days of the resolution of the dispute, to: ▶ |
|---|

1. Case name: _____ No. _____
2. Type of civil case:  ☐ PI/PD-Auto   ☐ PI/PD-Other   ☐ Contract   ☐ Other (specify): _____
3. Date complaint filed _____   Date case resolved _____
4. Date of ADR conference _____   5. Number of parties _____
6. Amount in controversy  ☐ $0–$25,000  ☐ $25,000–$50,000  ☐ $50,000–$100,000  ☐ over $100,000 (specify): __
7. ☐ Plaintiff's Attorney   ☐ Cross Complainant's Attorney   8. ☐ Defendant's Attorney   ☐ Cross Defendant's Attorney

NAME _____      NAME _____
ADDRESS _____      ADDRESS _____
( ) _____      ( ) _____
TELEPHONE NUMBER               TELEPHONE NUMBER

9. Please indicate your relationship to the case:
   ☐ Plaintiff   ☐ Plaintiff's attorney         ☐ Defendant   ☐ Defendant's attorney
   ☐ 3rd party defendant   ☐ 3rd party defendant's attorney   ☐ Other (specify): _____

10. Dispute resolution process:
    ☐ Mediation   ☐ Arbitration   ☐ Neutral case evaluation   ☐ Other (specify): _____

11. How was case resolved?
    a. ☐ As a direct result of the ADR process.
    b. ☐ As an indirect result of the ADR process.   c. ☐ Resolution was unrelated to ADR process.

12. Check the closest dollar amount that you estimate you saved (attorneys fees, expert witness fees, and other costs) by using this dispute resolution process compared to resolving this case through litigation, whether by settlement or trial.
    ☐ $0   ☐ $250   ☐ $500   ☐ $750   ☐ $1,000   ☐ more than $1,000 (specify): $ _____

13. If the dispute resolution process caused a net increase in your costs in this case, check the closest dollar amount of the additional cost:
    ☐ $0   ☐ $250   ☐ $500   ☐ $750   ☐ $1,000   ☐ more than $1,000 (specify): $ _____

14. Check the closest number of court days that you estimate the court saved (motions, hearings, conferences, trial etc.) as a result of this case being referred to this dispute resolution process:
    ☐ 0   ☐ 1 day   ☐ more than 1 day (specify): _____

15. If the dispute resolution process caused a net increase in court time for this case, check the closest number of additional court days:
    ☐ 0   ☐ 1 day   ☐ more than 1 day (specify): _____

16. Would you be willing to consider using this dispute resolution process again?   ☐ Yes   ☐ No

Form Adopted by the
Judicial Council of California
ADR-101 [New March 1, 1994]

ADR INFORMATION FORM

American LegalNet, Inc.
www.USCourtForms.com

EXHIBIT C-47