1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

      I am employed in the County of Los Angeles, State of California. I am over the age of

4

eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

5

      On August 23, 2007, I served the following document(s) described as **Answer to Complaint** on the interested parties in this action by placing true copies thereof enclosed in sealed

6

envelopes addressed as follows:

7

      Hoffman & Lazear
      180 Grand Avenue, Ste. 1550

8

      Oakland, CA 94612

9

      Crawford & Strawbridge
      719 Orchard Street

10

      Santa Rosa, CA 95404

11

☒    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it

12

would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage

13

thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

14

15

☐    **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone

16

number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The

17

document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and

18

without error.

19

☐    **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a

20

courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or

21

provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

22

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

      Executed on August 23, 2007, at Los Angeles, California.

24

25

26

      REBECCA GARNER

27

28

Print | Close Window

# <u>One Legal Order Receipt</u>

## Order Number: 0289052

(Note - If you submitted multiple orders, please refer to your specific order number shown below in the "Orders" section)

Thank you for choosing One Legal, Inc. If you have any questions about this order, please contact our Marin Branch.

Phone: 415-446-4158
Fax: 415-491-0434

## DO *NOT* FAX THIS ORDER RECEIPT WITH YOUR DOCUMENTS
## THIS IS FOR YOUR RECORDS ONLY

**Order Detail**

Order Type: File Only
Date Time Submitted: 08/23/2007 11:45 AM
Client File #: 2017342.0279
Contact Name: Rebecca Garner
Attorney Name: Sabrina A Beldner
Email Notification: Contact

**Case Information**

Court Branch: Superior Court of Marin County
Court Name: Marin (MARIN)
Court City/Zip: SAN RAFAEL 94903
Plaintiff: Jana Lawler
Defendant: Greenpoint Mortgage, et al.
Representing: Defendant
Case No: CV 073375
Hearing Date:
Hearing Time:
Hearing Dept/Rm:

**Documents**

| Document Type | Document Name | Pages Uploaded | Pages to Fax | Total Pages |
|---|---|---|---|---|
| Answer | Answer | 0 | 14 | 14 |

**Special Instructions:**
Please advance fees.

**Orders:**

Filing Order No. 0289052
On Demand: No

EXHIBITD-65

08/23/2007 12:08 FAX 310 315 8?10          McGUIREWOODS LLP                          ☒001

```
                    *****************************
                ***    ERROR TX REPORT    ***
                    *****************************


        TX FUNCTION WAS NOT COMPLETED

        TX/RX NO              0018
        RECIPIENT ADDRESS     914154910434
        DESTINATION ID
        ST. TIME              08/23 12:05
        TIME USE              02'30
        PAGES SENT            8
        RESULT                NG          STOP
```

One Legal Order Receipt                                              Page 2 of 2



```
C  0  0  2  8  9  0  5  2  0  1
```

**ONE LEGAL WEB WORK ORDER DOCUMENT ROUTING PAGE (1 of 1)**

Customer Name: McGuireWoods LLP

Customer No.: 0059502                  Client Billing Code: 2017342.0279

| Order #: | 0289052 | Document #: | | 01 |
|---|---|---|---|---|
| **Document Title:** | Answer | | | |
| **Number of Pages:** | ⅋ 15 | | | |
| **Deadline:** Your document must be completely received by 3:00 PM in order to guarantee a same-day attempt to file. Please allow time for fax transmission. | | | | |

**Send this document to:**
One Legal Marin
1050 Northgate Drive  Suite 10,
SAN RAFAEL, CA  94903
Branch Phone: 415-446-4158    **Fax: 415-491-0434**

**Order Date:** 8/23/2007
**Order Type:** Filing


**IMPORTANT INSTRUCTIONS FOR USING DOCUMENT ROUTING PAGES**
Document Routing Pages are used to electronically capture and route your documents to the proper destination. Please include routing pages even if sending your documents to us by mail or courier. Please refer to the instructions below when assembling and sending your documents to us.

- A Document Routing Page will be generated by our system for each document entered during order entry. The title of the document will appear at the top of each Routing Page.
- Use the Document Routing Page corresponding to the appropriate document for each document you are submitting.
- A Document Routing Page **MUST** be the first page of your fax transmission. Please **do not** use a separate fax transmittal page or letter of instructions as the first page.
- Use each Document Routing Page for one document only. If a single document must be sent in multiple parts then use the same page as the cover page for each part.

08/23/2007 12:12 FAX  310 315 8?10        McGUIREWOODS LLP                          ☑001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO              0019
        RECIPIENT ADDRESS     914154910434
        DESTINATION ID
        ST. TIME              08/23 12:10
        TIME USE              01'46
        PAGES SENT            8
        RESULT                OK
```

### THIRTY-FIFTH AFFIRMATIVE OR OTHER DEFENSE

35.    This case is not appropriate for class certification because the facts and law common to the case are insignificant compared to the individual facts and issues particular to Plaintiff and the putative class members she purports to represent.

### THIRTY-SIXTH AFFIRMATIVE OR OTHER DEFENSE

36.    This case is not appropriate for class certification because a far speedier administrative remedy before the California State Labor Commissioner is available to Plaintiff and the putative class members she purports to represent, and thus class treatment is not the superior method for resolving the alleged claims.

### THIRTY-SEVENTH AFFIRMATIVE OR OTHER DEFENSE

37.    This case is not appropriate for class certification because each putative class Plaintiff seeks to have certified is not so large that joinder of the individual members would be impractical.

### THIRTY-EIGHTH AFFIRMATIVE OR OTHER DEFENSE

38.    If the alleged unlawful policies did exist, which this answering Defendant disputes, Plaintiff's claims and those of the putative class members she purports to represent are barred in that they have failed to fulfill conditions precedent to the enforcement of such alleged policies.

### THIRTY-NINTH AFFIRMATIVE OR OTHER DEFENSE

39.    If the alleged unlawful policies did exist, which this answering Defendant disputes, they were modified.

### FORTIETH AFFIRMATIVE OR OTHER DEFENSE

One Legal Order Receipt



## ONE LEGAL WEB WORK ORDER DOCUMENT ROUTING PAGE (1 of 1)

Customer Name: McGuireWoods LLP
Customer No.: 0059502          Client Billing Code: 2017342.0279

| Order #: | 0289052 | Document #: | 01 |
|---|---|---|---|
| Document Title: | Answer | | |
| Number of Pages: | 15 | | |
| Deadline: Your document must be completely received by 3:00 PM in order to guarantee a same-day attempt to file. Please allow time for fax transmission. | | | |

**Send this document to:**
One Legal Marin
1050 Northgate Drive   Suite 10,
SAN RAFAEL, CA  94903
Branch Phone: 415-446-4158    **Fax: 415-491-0434**

**Order Date:** 8/23/2007
**Order Type:** Filing

### IMPORTANT INSTRUCTIONS FOR USING DOCUMENT ROUTING PAGES

Document Routing Pages are used to electronically capture and route your documents to the proper destination. Please include routing pages even if sending your documents to us by mail or courier. Please refer to the instructions below when assembling and sending your documents to us.

- A Document Routing Page will be generated by our system for each document entered during order entry. The title of the document will appear at the top of each Routing Page.
- Use the Document Routing Page corresponding to the appropriate document for each document you are submitting.
- A Document Routing Page **MUST** be the first page of your fax transmission. Please **do not** use a separate fax transmittal page or letter of instructions as the first page.
- Use each Document Routing Page for one document only. If a single document must be sent in multiple parts then use the same page as the cover page for each part.

EXHIBITD-68

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

     On August 23, 2007, I served the following document(s) described as **Notice to Federal Court of Removal of Civil Action from State Court** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> H. Tim Hoffman
> Arthur W. Lazear
> Morgan M. Mack
> Hoffman & Lazear
> 180 Grand Avenue, Ste. 1550
> Oakland, CA  94612
>
> Newman Strawbridge
> Crawford & Strawbridge
> 719 Orchard Street
> Santa Rosa, CA  95404

☒   **BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.  (C.C.P. § 1013 (a) and 1013a(3))

☐   **BY FACSIMILE:**  At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court.  The telephone number of the sending facsimile machine was (310) 315-8210.  The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list.  The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐   **BY OVERNIGHT DELIVERY:**  I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.  (C.C.P. § 1013(d)(e))

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on August 23, 2007, at Los Angeles, California.

REBECCA GARNER