COPY

McGuireWoods LLP
Matthew C. Kane, Esq.   (SBN 171829)
mkane@mcguirewoods.com
Michelle R. Walker, Esq. (SBN 167375)
mwalker@mcguirewoods.com
Colleen M. Regan, Esq.   (SBN 120284)
cmregan@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 315-8200
Facsimile:    (310) 315-8210

Attorneys for Defendant,
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.

ORIGINAL FILED
07 AUG 24 PM 4:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

EMC

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07 4385<br><br>[Marin County Superior Court Case No. CV073375]<br><br>**NOTICE OF NO RELATED CASES**<br><br>Complaint Filed:     July 18, 2007 |

4709368.1

1
NOTICE OF NO RELATED CASES

1  TO THE CLERK OF THE COURT, PLAINTIFF JANA LAWLER
2  (INDIVIDUALLY AND PUTATIVELY ON BEHALF OF ALL OTHERS
3  SIMILARLY SITUATED), AND HER ATTORNEYS OF RECORD:
4      Pursuant to Northern District Local Rule 3-12, Defendant GREENPOINT
5  MORTGAGE, a division of GREENPOINT FINANCIAL CORP. ("Defendant")
6  ,hereby avers that, to its knowledge, no action previously filed or currently pending
7  in the Northern District appears to arise from the same or substantially identical
8  transactions, happenings or events as those alleged in Plaintiff's pending lawsuit.
9      To Defendant's knowledge, no action previously filed or currently pending in
10 the Northern District appears to call for determination of the same or substantially
11 identical questions of law and fact or will entail substantial duplication of labor if
12 heard by different judges.

14 DATED: August 23, 2007          McGuireWoods LLP

16                                 By: _____
17                                     Matthew C. Kane, Esq.
                                       Michelle R. Walker, Esq.
18                                     Colleen M. Regan, Esq.
19                                     Attorneys for Defendant
                                       GREENPOINT MORTGAGE, a division
20                                     of GREENPOINT FINANCIAL CORP.

4709368.1

2

NOTICE OF NO RELATED CASES

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

On August 23, 2007, I served the following document(s) described as **Notice of No Related Cases** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

H. Tim Hoffman
Arthur W. Lazear
Morgan M. Mack
Hoffman & Lazear
180 Grand Avenue, Ste. 1550
Oakland, CA 94612

Newman Strawbridge
Crawford & Strawbridge
719 Orchard Street
Santa Rosa, CA 95404

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2007, at Los Angeles, California.

REBECCA GARNER