1  H. TIM HOFFMAN (State Bar #049141)
   ARTHUR W. LAZEAR (State Bar #083603)
2  MORGAN M. MACK (State Bar #212659)
   Hoffman & Lazear, Attorneys
3  180 Grand Avenue, Suite 1550
   Oakland, California 94612
4  (510) 763-5700 (telephone)

5  Attorneys for Plaintiffs

6
                  UNITED STATES DISTRICT COURT
7
                NORTHERN DISTRICT OF CALIFORNIA
8

9

10 JANA LAWLER, individual, on behalf of)      3:07-CV-4385
   herself and all others similarly situated,  )
11                                             )      DEMAND FOR JURY TRIAL
                                               )
12              Plaintiffs,                     )
                                               )
13     v.                                       )
                                               )
14 GREENPOINT MORTGAGE, a division of)
   GREENPOINT FINANCIAL CORP., and)
15 DOES 1 through 100,                          )
                                               )
16              Defendants.                     )
   _____)
17

18

19

20

21 TO: All parties and to their attorneys of record:

22     Please take notice that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure,

23 plaintiff JANA LAWLER hereby demands a jury trial in the above-captioned action.

24 Dated:    August 31, 2007              HOFFMAN & LAZEAR

25

26

27                                        H. TIM HOFFMAN
                                          Attorney for Plaintiff
28

DEMAND FOR JURY TRIAL
CASE NO. 3:07-CV-4385