1  McGuireWoods LLP
   Matthew C. Kane, Esq.   (SBN 171829)
2  mkane@mcguirewoods.com
   Michelle R. Walker, Esq. (SBN 167375)
3  mwalker@mcguirewoods.com
   Colleen M. Regan, Esq.   (SBN 120284)
4  cmregan@mcguirewoods.com
   1800 Century Park East, 8th Floor
5  Los Angeles, California 90067
   Telephone:  (310) 315-8200
6  Facsimile:   (310) 315-8210

7  Attorneys for Defendant,
   GREENPOINT MORTGAGE, a division of
8  GREENPOINT FINANCIAL CORP.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 EMC<br><br>[Marin County Superior Court Case No. CV073375]<br><br>**NOTICE TO PLAINTIFF AND COUNSEL OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Complaint Filed:   July 18, 2007 |

4709359.1                                1
Notice to Plaintiff and Counsel of Removal of Civil Action to Federal Court

TO PLAINTIFF JANA LAWLER AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 24, 2007, Defendant GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP. ("Defendant") filed in the United States District Court for the Northern District of California (the "Federal Court") a Notice of Removal (the "Removal Notice") of the above-entitled action from the Superior Court of the State of California, County of Marin (the "State Court"), to the Federal Court pursuant to 28 U.S.C. sections 1331, 1332, 1441, 1446, the Class Action Fairness Act, and all other applicable bases for removal, and also on August 30, 2007, filed in the State Court a Notice to State Court of Removal of Civil Action to Federal Court, together with a copy of the Removal Notice.

DATED: August 31, 2007          McGuireWoods LLP

By: /s/ Matthew C. Kane
    Matthew C. Kane, Esq.
    Michelle R. Walker, Esq.
    Colleen M. Regan, Esq.
    Attorneys for Defendant
    GREENPOINT MORTGAGE, a division
    of GREENPOINT FINANCIAL CORP.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

On August 31, 2007, I served the following document(s) described as **Notice to Plaintiff and Counsel of Removal of Civil Action to Federal Court** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

H. Tim Hoffman
Arthur W. Lazear
Morgan M. Mack
Hoffman & Lazear
180 Grand Avenue, Ste. 1550
Oakland, CA 94612

Newman Strawbridge
Crawford & Strawbridge
719 Orchard Street
Santa Rosa, CA 95404

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 31, 2007, at Los Angeles, California.

/s/ Matthew C. Kane
MATTHEW C. KANE, ESQ.