1  McGuireWoods LLP
   Matthew C. Kane, Esq.   (SBN 171829)
2  mkane@mcguirewoods.com
   Michelle R. Walker, Esq. (SBN 167375)
3  mwalker@mcguirewoods.com
   Colleen M. Regan, Esq.   (SBN 120284)
4  cmregan@mcguirewoods.com
   1800 Century Park East, 8th Floor
5  Los Angeles, California 90067
   Telephone:   (310) 315-8200
6  Facsimile:    (310) 315-8210

7  Attorneys for Defendant,
   GREENPOINT MORTGAGE, a division of
8  GREENPOINT FINANCIAL CORP.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13 | JANA LAWLER, individual, on behalf | CASE NO. C 07-04385 EMC
14 | of herself and all others similarly | 
   | situated, | [Marin County Superior Court Case No.
15 | | CV073375]
   |                Plaintiffs, | **DEMAND FOR JURY TRIAL OF**
16 | | **DEFENDANT GREENPOINT**
   |        vs. | **MORTGAGE, A DIVISION OF**
17 | | **GREENPOINT FINANCIAL CORP.**
   | GREENPOINT MORTGAGE, a |
18 | division of GREENPOINT | **[F.R.C.P. Rule 38(b) & L.R. 3-6]**
   | FINANCIAL CORP., and DOES 1 |
19 | through 100, |
   | | Complaint Filed:      July 18, 2007
20 |                Defendants. |

21

22

23

24

25

26

27

28

4733249.2

                                    1

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF JANA LAWLER AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 38(b) and Northern District Local Rule 3-6, Defendant GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP. ("Defendant") hereby demands a jury trial in the above-referenced action.

DATED: September 4, 2007          McGuireWoods LLP


                                  By:  /s/ Matthew C. Kane
                                       Matthew C. Kane, Esq.
                                       Michelle R. Walker, Esq.
                                       Colleen M. Regan, Esq.
                                  Attorneys for Defendant
                                  GREENPOINT MORTGAGE, a division
                                  of GREENPOINT FINANCIAL CORP.

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

      I am employed in the County of Los Angeles, State of California.  I am over the age of

4

eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

5

      On September 4, 2007, I served the following document(s) described as **Demand for Jury Trial of Defendant Greenpoint Mortgage, A Division of Greenpoint Financial Corp.** on the

6

interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

7

8

      H. Tim Hoffman
      Arthur W. Lazear
      Morgan M. Mack

9

      Hoffman & Lazear
      180 Grand Avenue, Ste. 1550

10

      Oakland, CA  94612

11

      Newman Strawbridge
      Crawford & Strawbridge

12

      719 Orchard Street
      Santa Rosa, CA  95404

13

☒    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing

14

correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary

15

course of business.  Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary

16

business practices.  (C.C.P. § 1013 (a) and 1013a(3))

17

☐    **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court.  The telephone

18

number of the sending facsimile machine was (310) 315-8210.  The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list.  The

19

document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and

20

without error.

21

☐    **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a

22

courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or

23

provided for, addressed to the person(s) served hereunder.  (C.C.P. § 1013(d)(e))

24

      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

25

      Executed on September 4, 2007, at Los Angeles, California.

26

27

      /s/ Matthew C. Kane

28

      MATTHEW C. KANE, ESQ.

4735375.1