1  McGuireWoods LLP
   Matthew C. Kane, Esq.   (SBN 171829)
2  mkane@mcguirewoods.com
   Michelle R. Walker, Esq.(SBN 167375)
3  mwalker@mcguirewoods.com
   Sabrina A. Beldner, Esq. (SBN 221918)
4  sbeldner@mcguirewoods.com
   1800 Century Park East, 8ᵗʰ Floor
5  Los Angeles, California 90067
   Telephone:   (310) 315-8200
6  Facsimile:   (310) 315-8210

7  Attorneys for Defendant,
   GREENPOINT MORTGAGE, a division of
8  GREENPOINT FINANCIAL CORP.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  JANA LAWLER, individual, on behalf        CASE NO. C 07-04385 EMC
    of herself and all others similarly
14  situated,                                 [Marin County Superior Court Case No.
                                              CV073375]
15              Plaintiffs,
                                              NOTICE OF PROOF OF SERVICE OF
16       vs.                                  ECF REGISTRATION INFORMATION
                                              HANDOUT
17  GREENPOINT MORTGAGE, a
    division of GREENPOINT                    Complaint Filed:    July 18, 2007
18  FINANCIAL CORP., and DOES 1               Removal Date:       August 24, 2007
    through 100,
19
                Defendants.
20

21

22

23

24

25

26

27

28

4808938.1                              1
                         NOTICE OF PROOF OF SERVICE

EMC

# C 07 43854

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. <u>This means that you **must**</u> (check off the boxes ☑ when done):

☐  **1) Serve** <u>this</u> ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also</u>:

☐  **2) Register** to become an efiler by filling out the efiler application form.  Follow ALL the instructions on the form carefully.  If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

☐  **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below.  You do not need to wait for your registration to be completed to email the court.

☐  **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records).  If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free.  If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically.  Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

Version 5/14/2007

## Submitting Initiating Documents

PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

You must include the case number and judge's initials in the subject line of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

## Converting Documents to PDF

Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

**Questions**
Almost all questions can be answered in our **FAQ**s at
**http://ecf.cand.uscourts.gov**, please check them first.

You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or
call the toll-free ECF Help Desk number at: (866) 638-7829.

The ECF Help Desk is staffed Mondays through Fridays from
9:00am to 4:00pm Pacific time, excluding court holidays.

Version 5/14/2007

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

On August 30, 2007, I served the following document(s) described as **U.S. District Court Northern California ECF Registration Information Handout** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> H. Tim Hoffman
> Arthur W. Lazear
> Morgan M. Mack
> Hoffman & Lazear
> 180 Grand Avenue, Ste. 1550
> Oakland, CA  94612
>
> Newman Strawbridge
> Crawford & Strawbridge
> 719 Orchard Street
> Santa Rosa, CA  95404

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 30, 2007, at Los Angeles, California.

REBECCA GARNER

1

<u>**PROOF OF SERVICE**</u>

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3       I am employed in the County of Los Angeles, State of California. I am over the age of
eighteen years and not a party to the within action; my business address is 1800 Century Park
4  East, 8th Floor, Los Angeles, California 90067.

5  On October 3, 2007, I served the following document(s) described as **NOTICE OF PROOF OF
SERVICE OF ECF REGISTRATION INFORMATION HANDOUT** on the interested parties
6  in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

7       H. Tim Hoffman                          Newman Strawbridge
        Arthur W. Lazear                         Crawford & Strawbridge
8       Morgan M. Mack                           719 Orchard Street
        Hoffman & Lazear                         Santa Rosa, CA  95404
9       180 Grand Avenue, Ste. 1550
        Oakland, CA  94612
10

☒  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing
11     correspondence for mailing with the United States Postal Service. Under that practice, it
       would be deposited with the United States Postal Service that same day in the ordinary
12     course of business. Such envelope(s) were placed for collection and mailing with postage
       thereon fully prepaid at Los Angeles, California, on that same day following ordinary
13     business practices. (C.C.P. § 1013 (a) and 1013a(3))

14 ☐  **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted
       by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone
15     number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile
       machine telephone number(s) of the person(s) served are set forth in the service list. The
16     document was transmitted by facsimile transmission, and the sending facsimile machine
       properly issued a transmission report confirming that the transmission was complete and
17     without error.

18 ☐  **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility
       regularly maintained by the overnight service carrier, or delivered such document(s) to a
19     courier or driver authorized by the overnight service carrier to receive documents, in an
       envelope or package designated by the overnight service carrier with delivery fees paid or
20     provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

21       I declare that I am employed in the office of a member of the bar of this Court at whose
     direction the service was made.
22

     Executed on October 3, 2007, at Los Angeles, California.
23

24

                                          /s/ Matthew C. Kane
25                                        MATTHEW C. KANE, ESQ.

26

27

28

4808938.1                                    2

NOTICE OF PROOF OF SERVICE