# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Lawler,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Greenpoint Mortgage,<br><br>          Defendant(s). | 07-04385 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-04385 CW                              -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: November 14, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04385 CW                              -2-

PROOF OF SERVICE

Case Name:     Lawler v. Greenpoint Mortgage

Case Number:   07-04385 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On November 14, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Newman Guthrie Strawbridge
> Crawford & Strawbridge
> 719 Orchard Street
> Santa Rosa, CA 95404
>
> Morgan Matthew Mack
> Hoffman & Lazear
> 180 Grand Avenue
> Suite 1550
> Oakland, CA 94612
> mmm@hoffmanandlazear.com
>
> H. Tim Hoffman
> Hoffman & Lazear
> 180 Grand Avenue, Suite 1550
> Oakland, CA 94612
> hth@hoffmanandlazear.com
>
> Arthur William Lazear
> Hoffman & Lazear
> 180 Grand Avenue, Suite 1550

Oakland, CA 94612
awl@hoffmanandlazear.com

Matthew C. Kane
McGuireWoods LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067
mkane@mcguirewoods.com

Michelle Renee Walker
McGuireWoods LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067
mwalker@mcguirewoods.com

Colleen Marie Regan
McGuireWoods LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067
cmregan@mcguirewoods.com

Sabrina Alexis Beldner
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
sbeldner@mcguirewoods.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 14, 2007 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov