UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANA LAWLER, individual, on behalf
of herself and all others similarly
          Plaintiff(s),

v.

GREENPOINT MORTGAGE, a division
of GREENPOINT FINANCIAL CORP.,
          Defendant(s).

Case No. C 07-04385 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/16/07

/s/ Jana Lawlor
[Party]

Dated: 11/16/07

/s/ Morgan Mack
[Counsel]