MCGUIREWOODS LLP
Matthew C. Kane, Esq.        (SBN 171829)
mkane@mcguirewoods.com
Michelle R. Walker, Esq.     (SBN 167375)
mwalker@mcguirewoods.com
Sabrina A. Beldner, Esq.     (SBN 221918)
sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendant,
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 CW<br><br>**DEFENDANT'S REQUEST FOR CO-LEAD TRIAL COUNSEL TO PARTICIPATE OR BE AVAILABLE TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>[L.R. 16-10]<br><br>CMC<br>Date:         December 4, 2007<br>Time:        2:00 p.m.<br>Courtroom:   2 |

**TO THE HON. CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Defendant GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP. ("Defendant"), hereby requests pursuant to L.R. 16-10(a) that its co-lead trial counsel in this action, Michelle R. Walker, Esq., be allowed to participate or be available to participate in the Case Management Conference scheduled in this action on December 4, 2007, if her participation is required by the Court.

/ / /

4892359.1

1

DEFENDANT'S REQUEST FOR CO-LEAD TRIAL COUNSEL TO PARTICIPATE OR BE AVAILABLE TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE

1  Defendant's other co-lead counsel, Matthew C. Kane, Esq., will be attending the Case
2  Management Conference in person.

4  DATED: November 27, 2007          McGuireWoods LLP

6                                    By: /s/ Matthew C. Kane
                                          Matthew C. Kane, Esq.
7                                         Michelle R. Walker, Esq.
                                          Sabrina A. Beldner, Esq.
8                                         Attorneys for Defendant
                                          GREENPOINT MORTGAGE, a division of
9                                         GREENPOINT FINANCIAL CORP.

4892359.1

2

**DEFENDANT'S REQUEST FOR CO-LEAD TRIAL COUNSEL TO PARTICIPATE OR BE AVAILABLE TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

     On November 27, 2007, I served the following document(s) described as **REQUEST FOR CO-LEAD COUNSEL TO PARTICIPATE OR BE AVAILABLE TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

H. Tim Hoffman  
Arthur W. Lazear  
Morgan M. Mack  
HOFFMAN & LAZEAR  
180 Grand Avenue, Suite 1550  
Oakland, CA 94612

Newman Strawbridge  
CRAWFORD & STRAWBRIDGE  
719 Orchard Street  
Santa Rosa, CA 95404

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately ____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on November 27, 2007, at Los Angeles, California.

_____  
DEB NELLOR

4843607.1