# EXHIBIT C

MCGUIREWOODS LLP
Matthew C. Kane, Esq.    (SBN 171829)
mkane@mcguirewoods.com
Michelle R. Walker, Esq.    (SBN 167375)
mwalker@mcguirewoods.com
Sabrina A. Beldner, Esq.    (SBN 221918)
sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:    (310) 315-8200
Facsimile:    (310) 315-8210

Attorneys for Defendant,
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 CW<br><br>**AMENDMENT TO ANSWER OF DEFENDANT GREENPOINT MORTGAGE, A DIVISION OF GREENPOINT FINANCIAL CORP., TO ADD SIXTY-NINTH AFFIRMATIVE OR OTHER DEFENSE REGARDING FLSA PREEMPTION** |

**TO THE HON. CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP. ("Defendant"), hereby amends its Answer on file in this action (Doc. 1-7, 1-8, 1-9) to add the following affirmative or other defense:

///

///

4903362.1

1

**AMENDMENT TO ANSWER OF DEFENDANT GREENPOINT MORTGAGE, A DIVISION OF GREENPOINT FINANCIAL CORP., TO ADD SIXTY-NINTH AFFIRMATIVE OR OTHER DEFENSE [FLSA PREEMPTION]**

**SIXTY-NINTH AFFIRMATIVE OR OTHER DEFENSE:**

69.  Plaintiff's Complaint and each and every purported claim alleged therein, individually and on behalf of the putative class members she purports to represent, is preempted by the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

DATED: December 3, 2007    McGuireWoods LLP

By: /s/ Matthew C. Kane
    Matthew C. Kane, Esq.
    Michelle R. Walker, Esq.
    Sabrina A. Beldner, Esq.
Attorneys for Defendant
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.

4903362.1

2

**AMENDMENT TO ANSWER OF DEFENDANT GREENPOINT MORTGAGE, A DIVISION OF GREENPOINT FINANCIAL CORP., TO ADD SIXTY-NINTH AFFIRMATIVE OR OTHER DEFENSE [FLSA PREEMPTION]**