UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 CW<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANT'S MOTION FOR (I) SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT – AND – (II) LEAVE TO AMEND ANSWER**<br><br>Date:        January 10, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2 |

Defendant GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP.'s ("Defendant") Motion for (I) Summary Judgment or Partial Summary Judgment and (II) Leave to Amend Answer (the "Motion") came on regularly for hearing before this Court on January 10, 2008. Defendant was represented by Matthew C. Kane of McGuireWoods LLP. Plaintiff was represented by Hoffman & Lazear.

After full consideration of the evidence and arguments submitted by the parties, the Court's records and files on this action, and the oral arguments of the parties' counsel, IT IS HEREBY ORDERED AS FOLLOWS:

The Motion shall be and hereby is GRANTED.

Defendant shall be and hereby is granted leave to amend its Answer on file in this action to plead a Sixty-Ninth Affirmative or Other Defense based on FLSA Preemption. Defendant's

Amendment to Answer to Add Sixty-Ninth Affirmative or Other Defense Regarding FLSA Preemption attached as Exhibit C to the Declaration of Matthew C. Kane filed in support of the Motion shall be and hereby is deemed filed with the Court as of the date of this Order.

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's entire Complaint.

*[or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's First Cause of Action for restitution of unpaid overtime wages owed under the Fair Labor Standards Act, 29 U.S.C § 201 et seq., pursuant to the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq.

*[and/or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's Second Cause of Action for restitution of unpaid overtime wages owed under California Industrial Welfare Commission Wage Order 4-2001 pursuant to the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq.

*[and/or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's Third Cause of Action for unpaid overtime wages pursuant to Cal. Labor Code § 1194.

*[and/or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's Fourth Cause of Action for restitution of unpaid overtime wages pursuant to the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, et seq.

*[and/or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's Fifth Cause of Action for unpaid overtime wages pursuant to Cal. Labor Code § 1194.

*[and/or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's Sixth Cause of Action for waiting time penalties pursuant to Cal. Labor Code § 203.

4904321.1

2

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR (I) SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND (II) LEAVE TO AMEND ANSWER**

*[and/or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's Seventh Cause of Action for meal and rest breaks violations and civil penalties brought pursuant to Cal. Labor Code § 226.7 and the California Labor Code Private Attorneys General Act of 2004, Cal. Labor Code § 2699 et seq.

*[and/or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's Eighth Cause of Action for civil penalties brought pursuant to Cal. Labor Code §§ 204 and 210 and the California Labor Code Private Attorneys General Act of 2004, Cal. Labor Code § 2699 et seq.

*[and/or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's Ninth Cause of Action for civil penalties brought pursuant to Cal. Labor Code §§ 226 and 226.3 and the California Labor Code Private Attorneys General Act of 2004, Cal. Labor Code § 2699 et seq.

*[and/or]*

Summary Judgment shall be and hereby is granted in Defendant's favor as to Plaintiff's Tenth Cause of Action for declaratory relief.

Defendant shall recover its costs and attorneys fees in accordance with applicable law.

IT IS SO ORDERED.

Dated:_____     _____
                                  HONORABLE CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE

4904321.1

3

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR (I) SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND (II) LEAVE TO AMEND ANSWER**

1  Submitted by:

2  MCGUIREWOODS LLP

3

4  By:  /s/ Matthew C. Kane
            Matthew C. Kane, Esq.
5           Michelle R. Walker, Esq.
            Sabrina A. Beldner, Esq.
6
   Attorneys for Defendant
7  GREENPOINT MORTGAGE, a division of
   GREENPOINT FINANCIAL CORP.

4904321.1

4

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR (I) SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND (II) LEAVE TO AMEND ANSWER**