# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 CW<br><br>**[PROPOSED]**<br>**SUMMARY JUDGMENT**<br><br>**Date:**       January 10, 2008<br>**Time:**       2:00 p.m.<br>**Courtroom:**  2 |

The Court, having granted Defendant GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP.'s ("Defendant") Motion for (I) Summary Judgment or Partial Summary Judgment and (II) Leave to Amend Answer (the "Motion"), hereby enters Summary Judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff JANA LAWLER a/k/a JANA LAWLOR, as an individual on behalf of herself and on behalf of all others similarly situated ("Plaintiff"), take nothing by way of Plaintiff's Complaint on file in this action and that judgment shall be and hereby is entered in favor of Defendant on Plaintiff's entire Complaint and each and every cause of action and claim for relief alleged therein.

4904499.1

1

[PROPOSED] SUMMARY JUDGMENT

1    IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is awarded costs in the amount of $_____ against Plaintiff.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is awarded attorneys' fees in the amount of $_____ against Plaintiff.

IT IS SO ORDERED, ADJUDGED, AND DECREED.


Dated:_____                    _____
                                            HONORABLE CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE


Submitted by:

McGuireWoods LLP


By:   /s/ Matthew C. Kane
      Matthew C. Kane, Esq.
      Michelle R. Walker, Esq.
      Sabrina A. Beldner, Esq.
Attorneys for Defendant
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.