1  MCGUIREWOODS LLP
   Matthew C. Kane, Esq.        (SBN 171829)
2  mkane@mcguirewoods.com
   Michelle R. Walker, Esq.     (SBN 167375)
3  mwalker@mcguirewoods.com
4  Sabrina A. Beldner, Esq.     (SBN 221918)
   sbeldner@mcguirewoods.com
5  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
6  Telephone: (310) 315-8200
7  Facsimile: (310) 315-8210

8  Attorneys for Defendant,
   GREENPOINT MORTGAGE, a division of
9  GREENPOINT FINANCIAL CORP.

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15 | JANA LAWLER, an individual, on behalf of ) | CASE NO.: C 07-04385 CW
16 | herself and all other similarly situated, )
   |                                          ) | **PROOF OF SERVICE RE**
17 |         Plaintiffs,                      )
   |                                          ) | **DEFENDANT'S MOTION FOR (I)**
18 |   vs.                                    ) | **SUMMARY JUDGMENT OR PARTIAL**
   |                                          ) | **SUMMARY JUDGMENT AND (II)**
19 | GREENPOINT MORTAGE, a division of        ) | **LEAVE TO AMEND ANSWER, ETC.;**
20 | GREENPOINT FINANCIAL CORP., and          ) | **[PROPOSED] ORDER AND**
   | DOES 1 through 100,                      ) | **[PROPOSED] SUMMARY JUDGMENT**
21 |                                          )
   |         Defendants.                      )
22

                        PROOF OF SERVICE

<u>**PROOF OF SERVICE**</u>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

On December 4, 2007, I served the following document(s) described as

1. **DEFENDANT'S MOTION FOR (I) SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND (II) LEAVE TO AMEND ANSWER, (1) NOTICE OF MOTION (2) STATEMENT OF RELIEF SOUGHT (3) REQUEST FOR JUDICIAL NOTICE (4) MEMORANDUM OF POINTS AND AUTHORITIES (5) DECLARATION OF PENNY DEFRANK (6) DECLARATION OF MATTHEW C. KANE;**

2. **[PROPOSED] ORDER; AND**

3. **[PROPOSED] SUMMARY JUDGMENT**

on the interested parties in this action and by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

1  ☐  **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).  (C.C.P. § 1011)

2

3   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

4   Executed on December 4, 2007, at Los Angeles, California.

*Cherlyn Hunt*
Cherlyn Hunt

# SERVICE LIST

Newman Guthrie Strawbridge, Esq.
Crawford & Strawbridge
719 Orchard Street
Santa Rosa, CA 95405