MCGUIREWOODS LLP
Matthew C. Kane, Esq.     (SBN 171829)
mkane@mcguirewoods.com
Michelle R. Walker, Esq.  (SBN 167375)
mwalker@mcguirewoods.com
Sabrina A. Beldner, Esq.  (SBN 221918)
sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:     (310) 315-8210

Attorneys for Defendant,
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 CW<br><br>**DEFENDANT'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**CMC**<br>**Date:**      January 10, 2008<br>**Time:**      2:00 p.m.<br>**Courtroom:**   2 |

**TO THE HON. CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Defendant GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP. ("Defendant"), submits this Further Case Management Conference Statement in accordance with the Court's order entered after the Initial Case Management Conference held in this matter on December 4, 2007:

4964269.1

1

**DEFENDANT'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**

1. **JURISDICTION & SERVICE**

   [NO CHANGES SINCE LAST REPORT]

2. **FACTS**

   [NO CHANGES SINCE LAST REPORT]

3. **LEGAL ISSUES**

   [NO CHANGES SINCE LAST REPORT]

4. **MOTIONS**

   Defendant's Motion for Summary Judgment or Partial Summary Judgment and Leave to Amend Answer is set for hearing on January 10, 2008. It addresses all of Plaintiff's claims asserted in her Complaint. Otherwise, there are no changes since the last report.

5. **AMENDMENT OF PLEADINGS**

   [NO CHANGES SINCE LAST REPORT]

6. **EVIDENCE PRESERVATION**

   [NO CHANGES SINCE LAST REPORT]

7. **DISCLOSURES**

   At the December 4, 2007 Initial Case Management Conference, the Court stayed initial disclosures pending its ruling on Defendant's Motion for Summary Judgment. If the Court does not grant that motion, in whole or in part, Defendant requests that the Court certify its order for immediate appellate review pursuant to 28 U.S.C. § 1292(b), and that it stay all further proceedings in the case pending the final disposition of such review pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. P. 8(a).

8. **DISCOVERY**

   At the December 4, 2007 Initial Case Management Conference, the Court stayed discovery pending its ruling on Defendant's Motion for Summary Judgment. If the Court does not grant that motion, in whole or in part, Defendant requests that the Court certify its order for immediate appellate review pursuant to 28 U.S.C. § 1292(b), and that it stay all further proceedings in the case pending the final disposition of such review pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. P. 8(a).

Notwithstanding the foregoing, in the last report, Defendant proposed that discovery should be phased as follows:

| PHASE | TYPE | DURATION |
|---|---|---|
| I | No Discovery By Any Party | Until Ruling on Defendant's Early Motion for Summary Judgment on Standing, Statute of Limitations, and Failure to State a Claim on Which Relief Can Be Granted Issues |
| II | Class Certification Discovery Only | Until Applicable Cut-Offs Before Hearing on Motion for Class Certification |
| III | Merits Discovery | Until Applicable Cut-Offs Before Trial |

**9.    CLASS ACTION ISSUES**

[NO CHANGES SINCE LAST REPORT]

**10.   RELATED CASES**

[NO CHANGES SINCE LAST REPORT]

**11.   RELIEF**

[NO CHANGES SINCE LAST REPORT]

**12.   SETTLEMENT AND ADR**

[NO CHANGES SINCE LAST REPORT]

**13.   CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

[NO CHANGES SINCE LAST REPORT]

**14.   OTHER REFERENCES**

[NO CHANGES SINCE LAST REPORT]

**15.   NARROWING OF ISSUES**

Defendant's Motion for Summary Judgment is set for hearing on January 10, 2008. If the Court does not grant that motion, in whole or in part, Defendant requests that the Court certify its order for immediate appellate review pursuant to 28 U.S.C. § 1292(b), and that it stay all further proceedings in the case pending the final disposition of such review pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. P. 8(a).

**16.    EXPEDITED SCHEDULE**

[NO CHANGES SINCE LAST REPORT]

**17.    SCHEDULING**

[NO CHANGES SINCE LAST REPORT]

**18.    TRIAL**

[NO CHANGES SINCE LAST REPORT]

**19.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

[NO CHANGES SINCE LAST REPORT]

**20.    OTHER MATTERS**

[NO CHANGES SINCE LAST REPORT]

DATED: December 27, 2007            McGuireWoods LLP


                                    By:  /s/ Matthew C. Kane
                                        Matthew C. Kane, Esq.
                                        Michelle R. Walker, Esq.
                                        Sabrina A. Beldner, Esq.
                                    Attorneys for Defendant
                                    GREENPOINT MORTGAGE, a division of
                                    GREENPOINT FINANCIAL CORP.