H. Tim Hoffman, SBN 49141
Arthur W. Lazear, SBN 83603
Morgan M. Mack SBN 212659
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Newman Strawbridge (State Bar No. 171360)
LAW OFFICE OF NEWMAN STRAWBRIDGE
719 Orchard Street
Santa Rosa, CA 95404
Telephone:    (707) 523-3377
Facsimile:    (707) 573-1094

Cameron Cunningham  (State Bar No. 75593)
LAW OFFICE OF CAMERON CUNNINGHAM
719 Orchard Street
Santa Rosa, CA 95404
Telephone:    (707) 829-9194
Facsimile:    (707) 829-7039

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>        v.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>            Defendants. | CASE NO.  C 07-04385 CW<br><br>**PLAINTIFF'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    January 10, 2008<br>Time:   2:00 p.m.<br>Courtroom: 2 |

**TO THE HONORABLE CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE:**

Plaintiff JANA LAWLER ("Plaintiff") submits this further Case Management Statement as directed by the Court following the previous Case Management Conference in this matter on December 4, 2007:

**1.    JURISDICTION AND SERVICE**

No change in Plaintiff's position from the previous statement.

**2.    FACTS**

No change in Plaintiff's position from the previous statement.

**3.    LEGAL ISSUES**

No change in Plaintiff's position from the previous statement.

**4.    MOTIONS**

Defendant's Motion for Summary Judgment or Partial Summary Judgment and Leave to Amend Answer is scheduled for hearing on January 10, 2008. There are no other changes in Plaintiff's position from the previous statement.

**5.    AMENDMENT OF PLEADINGS**

No change in Plaintiff's position from the previous statement.

**6.    EVIDENCE PRESERVATION**

No change in Plaintiff's position from the previous statement.

**7.    DISCLOSURES**

At the December 4, 2007 Case Management Conference, the Court stayed initial disclosures pending a determination on Defendant's pending motion for summary judgment. Plaintiff submits that such disclosures should proceed forthwith.

**8.    <u>DISCOVERY</u>**

At the December 4, 2007 Case Management Conference, the Court stayed discovery pending a determination on Defendant's pending motion for summary judgment.  Plaintiff submits that discovery should be permitted to proceed forthwith.  There are no other changes in Plaintiff's position from the previous statement.

**9.    <u>CLASS ACTION ISSUES</u>**

No change in Plaintiff's position from the previous statement.

**10.    <u>RELATED CASES</u>**

No change in Plaintiff's position from the previous statement.

**11.    <u>RELIEF</u>**

No change in Plaintiff's position from the previous statement.

**12.    <u>SETTLEMENT AND ADR</u>**

No change in Plaintiff's position from the previous statement.

**13.    <u>CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES</u>**

No change in Plaintiff's position from the previous statement.

**14.    <u>OTHER REFERENCES</u>**

No change in Plaintiff's position from the previous statement.

**15.    <u>NARROWING OF ISSUES</u>**

No change in Plaintiff's position from the previous statement.

**16.    <u>EXPEDITED SCHEDULE</u>**

No change in Plaintiff's position from the previous statement.

**17.    <u>SCHEDULING</u>**

No change in Plaintiff's position from the previous statement.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**18.    TRIAL**

No change in Plaintiff's position from the previous statement.

**19.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

No change in Plaintiff's position from the previous statement.

**20.    OTHER MATTERS**

No change in Plaintiff's position from the previous statement.

Dated: December 28, 2007                                    HOFFMAN & LAZEAR

By:    _____

ARTHUR W. LAZEAR
Attorney for Plaintiff