McGuireWoods LLP
Matthew C. Kane, Esq.        (SBN 171829)
mkane@mcguirewoods.com
Michelle R. Walker, Esq.     (SBN 167375)
mwalker@mcguirewoods.com
Sabrina A. Beldner, Esq.     (SBN 221918)
sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendant,
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 CW<br><br>PROOF OF SERVICE RE DEFENDANT'S<br><br>REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR: (I) SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT –AND- (II) LEAVE TO AMEND; and<br><br>DEFENDANT'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:        January 10, 2008<br>Time:        2:00 p.m.<br>Courtroom:   2 |

4964269.1

1

PROOF OF SERVICE

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067. On December 28, 2007, I served the following document(s) described as

1. **DEFENDANT'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR: (I) SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT –AND- (II) LEAVE TO AMEND; and**

2. **DEFENDANT'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Newman G. Strawbridge, Esq.
Crawford & Strawbridge
719 Orchard Street
Santa Rosa, CA 95404

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2007, at Los Angeles, California.

*Cherlyn Hunt*
Cherlyn Hunt