# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE STAY ON INITIAL DISCLOSURES AND DISCOVERY AND TO STAY ALL OTHER PROCEEDINGS PENDING DISPOSITION OF INTERLOCUTORY APPELLATE REVIEW OF ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** February 21, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 |

---

**[Proposed] Order Granting Defendant's Motion to Stay Initial Disclosures and Discovery and all other Proceedings in the District Court Pending Disposition of Interlocutory Appellate Review of Order on Defendant's MSJ**

1  Defendant GreenPoint Mortgage, a division of Greenpoint Financial Corp.'s Motion to
2  Continue Stay on Initial Disclosures and Discovery and to Stay All Other Proceedings Pending
3  Disposition of Interlocutory Appellate Review of Order on Defendant's Motion for Summary
4  Judgment came on for hearing before this Court on _____, 2008.  Defendant was
5  represented by Matthew C. Kane of McGuireWoods LLP.  Plaintiff was represented by Hoffman
6  & Lazear.
7  After full consideration of the evidence and arguments submitted by the parties, the Court's
8  records and files on this action, and the oral arguments of the parties' counsel, IT IS HEREBY
9  ORDERED AS FOLLOWS:
10  The Motion shall be and hereby is GRANTED.
11  Initial disclosures, discovery, and all other proceedings in this action are stayed pending
12  disposition of interlocutory appellate review of the Court's Order on Defendant's Motion for
13  Summary Judgment (Doc. #33).
14  IT IS SO ORDERED.

16  Dated:_____

    _____
17  HONORABLE CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE

5009051.1                                       1
[Proposed] Order Granting Defendant's Motion to Stay Initial Disclosures and Discovery and all other Proceedings in the
District Court Pending Disposition of Interlocutory Appellate Review of Order on Defendant's MSJ