1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SHORTEN TIME ON DEFENDANT'S MOTION TO CONTINUE STAY ON INITIAL DISCLOSURES AND DISCOVERY AND TO STAY ALL OTHER PROCEEDINGS PENDING DISPOSITION OF INTERLOCUTORY APPELLATE REVIEW OF ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:**     TBD<br>**Time:**    TBD<br>**Courtroom:**   2 |

---

**[Proposed] Order Granting Defendant's Motion to Shorten Time on Motion to Stay Initial Disclosures, Discovery and all other Proceedings Pending Disposition of Interlocutory Appellate Review of Order on Defendant's MSJ**

Defendant GreenPoint Mortgage, a division of Greenpoint Financial Corp.'s Motion to Shorten Time on Defendant's Motion to Continue Stay on Initial Disclosures and Discovery and to Stay All Other Proceedings Pending Disposition of Interlocutory Appellate Review of Order on Defendant's Motion for Summary Judgment was filed with this Court on January 16, 2008.

After full consideration of the evidence and arguments submitted by Defendant in support of its Motion, as well as any opposition filed by Plaintiff, the Court's records and files on this action, and any necessary oral arguments of the parties' counsel, IT IS HEREBY ORDERED AS FOLLOWS:

The Motion shall be and hereby is GRANTED.

(1) The hearing date on Defendant's Motion to Continue Stay on Initial Disclosures and Discovery and to Stay All Other Proceedings Pending Disposition of Interlocutory Appellate Review of Order on Defendant's Motion for Summary Judgment ("Motion to Stay") shall be January __, 2008 at __:__ _.m.;

*[and]*

(2) Any opposition by Plaintiff to Defendant's Motion to Stay shall be filed on or by January __, 2008;

*[and]*

(3) Any reply by Defendant in support of its Motion to Stay shall be filed on or by January __, 2008.

IT IS SO ORDERED.

Dated:_____

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE