H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
MORGAN M. MACK SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>    Defendants. | CASE NO. C 07-04385 CW<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Shola Ogunlana, declare:

      I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On January 22, 2008, I served the following Documents:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO SHORTEN TIME**

      EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

✓    **FACSIMILE:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

1  Newman Strawbridge
   Law Office of Newman Strawbridge
2  719 Orchard Street
   Santa Rosa, CA 95404
3  Fax: 707-573-1094

4  Cameron Cunningham
   Law Office of Cameron Cunningham
5  719 Orchard Street
   Santa Rosa, CA 95404
6  Fax: 707-829-7039

7  HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.
8
   FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL
9  EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight
10 delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not
11 later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.
12
   ✓  **ELECTRONIC FILING:** The following parties were served by simultaneously
13    filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152 JW:
14
   Sabrina Alexis Beldner    sbeldner@mcguirewoods.com
15 H. Tim Hoffman    hth@hoffmanandlazear.com
   Matthew C. Kane    mkane@mcguirewoods.com
16 Arthur William Lazear    awl@hoffmanandlazear.com
   Morgan Matthew Mack    mmm@hoffmanandlazear.com
17 Colleen Marie Regan    cmregan@mcguirewoods.com
   Michelle Renee Walker    mwalker@mcguirewoods.com
18

19 USPS MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California
20 addressed as set forth below.

21 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
22

23 Dated: January 22, 2008

24
                                        _____
25                                      Shola Ogunlana
26
27
28