IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANA LAWLER, on behalf of herself and all others similarly situated,

    Plaintiff,

  v.

GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP.; and DOES 1 through 100,

    Defendants.

No. C 07-4385 CW

ORDER GRANTING DEFENDANT'S MOTION TO SHORTEN TIME AND DENYING DEFENDANT'S MOTION TO STAY PROCEEDINGS

    Defendant Greenpoint Mortgage moves for a stay of all further proceedings in this action, including the parties' initial disclosures, until the Ninth Circuit rules on Defendant's petition for a writ of mandate. Defendant concurrently moves to shorten the time to hear its motion for a stay.

    Defendant's motion to shorten time is GRANTED. The Court finds that Plaintiff's petition for a writ of mandate raises no substantial legal questions that merit staying these proceedings. Accordingly, Defendant's motion for a stay is DENIED.

    IT IS SO ORDERED.

Dated: 1/22/08

                                CLAUDIA WILKEN
                                United States District Judge