1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>                    Defendants. | CASE NO. C 07-04385 CW<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6) AND/OR TO STRIKE PORTIONS THEREOF PURSUANT TO F.R.C.P. 12(f) or 23(D)(4)**<br><br>**Date:      March 6, 2008**<br>**Time:     2:00 p.m.**<br>**Courtroom:   2** |

---

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S**
**FIRST AMENDED COMPLAINT AND/OR TO STRIKE PORTIONS THEREOF**

1  Defendant GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL
2  CORP.'s ("Defendant") Motion to Dismiss Plaintiff's First Amended Complaint and/or to Strike
3  Portions Thereof (the "Motion") came on regularly for hearing before this Court on March 6,
4  2008. Defendant was represented by Matthew C. Kane of McGuireWoods LLP. Plaintiff was
5  represented by Hoffman & Lazear.
6  After full consideration of the evidence and arguments submitted by the parties, the Court's
7  records and files on this action, and the oral arguments of the parties' counsel, IT IS HEREBY
8  ORDERED AS FOLLOWS:
9  The Motion shall be and hereby is GRANTED.
10  Plaintiff's First Amended Complaint is dismissed with prejudice and without leave to
11  amend in its entirety.

*[or]*

13  Count One of Plaintiff's First Amended Complaint for restitution of unpaid overtime wages
14  owed under the Fair Labor Standards Act, 29 U.S.C § 201 et seq., pursuant to the California
15  Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq., is dismissed with prejudice and
16  without leave to amend.

*[and/or]*

18  Count Two of Plaintiff's First Amended Complaint for restitution of unpaid overtime
19  wages owed under California Industrial Welfare Commission Wage Order 4-2001 pursuant to the
20  California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq., is dismissed with
21  prejudice and without leave to amend.

*[and/or]*

23  Count Three of Plaintiff's First Amended Complaint for restitution of unpaid overtime
24  wages pursuant to the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq.,
25  is dismissed with prejudice and without leave to amend.

*[and/or]*

5021284.1

1

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT AND/OR TO STRIKE PORTIONS THEREOF**

1  Count Four of Plaintiff's First Amended Complaint for "restitution" of Cal. Labor Code §
2  203 waiting time penalties pursuant to the California Unfair Competition Law, Cal. Bus. & Prof.
3  Code § 17200 et seq., is dismissed with prejudice and without leave to amend.

*[and/or]*

Plaintiff's class allegations in the First Amended Complaint are stricken to the extent Plaintiff seeks to represent a class of employees who held any position other than "underwriter," including the words "senior underwriter, underwriter trainee, and/or any similar position that is responsible for reviewing home mortgages to consumers" (First Amended Complaint [Doc. 40], ¶ 4 at 2:19-25).

*[and/or]*

Plaintiff's proposed Subclass A allegations are stricken from the First Amended Complaint. (First Amended Complaint [Doc. 40], ¶ 4.A, 3:1-6).

*[and/or]*

Plaintiff's proposed Subclass B allegations are stricken from the First Amended Complaint. (First Amended Complaint [Doc. 40], ¶ 4.B, 3:7-12).

*[and/or]*

Plaintiff's proposed Subclass C allegations are stricken from the First Amended Complaint. (First Amended Complaint [Doc. 40], ¶ 4.C, 3:13-15).

*[and/or]*

Plaintiff's proposed Subclass D allegations are stricken from the First Amended Complaint. (First Amended Complaint [Doc. 40], ¶ 4.B, 3:16-17).

Defendant shall recover its costs and attorneys fees in accordance with applicable law.

IT IS SO ORDERED.

Dated:_____

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

5021284.1

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT AND/OR TO STRIKE PORTIONS THEREOF

1  Submitted by:
2
3  MCGUIREWOODS LLP
4
5  By:  /s/ Matthew C. Kane
        Matthew C. Kane, Esq.
6       Michelle R. Walker, Esq.
        Sabrina A. Beldner, Esq.
7  Attorneys for Defendant
   GREENPOINT MORTGAGE, a division of
8  GREENPOINT FINANCIAL CORP.

5021284.1

3

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT AND/OR TO STRIKE PORTIONS THEREOF**