```
 1  H. TIM HOFFMAN, SBN 49141
    ARTHUR W. LAZEAR, SBN 83603
 2  MORGAN M. MACK SBN 212659
    HOFFMAN & LAZEAR
 3  180 Grand Avenue, Suite 1550
    Oakland, CA 94612
 4  Telephone: (510) 763-5700
 5
    Attorneys for Plaintiffs
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
    JANA LAWLER, individual, on behalf   )   CASE NO. C 07-04385 CW
11  of herself and all others similarly  )
    situated,                            )
12                                       )
                Plaintiffs,              )
13                                       )
          v.                             )   CERTIFICATE OF SERVICE
14                                       )
    GREENPOINT MORTGAGE, a               )
15  division of GREENPOINT               )
    FINANCIAL CORP., and DOES 1          )
16  through 100,                         )
                                         )
17              Defendants.              )
                                         )
18
19  I, Shola Ogunlana, declare:
20      I am, and was at the time of the service mentioned in this declaration, over the age
    of 18 years and am not a party to this cause. My business address is HOFFMAN &
21  LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
    California. On February 12, 2008, I served the following Documents:
22
23      STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
        DATE FOR DEFENDANT'S MOTION TO DISMISS
24
25  ✓   FACSIMILE: by transmitting via facsimile the document(s) listed above to the
        fax number(s) set forth below.
26
        Newman Guthrie Strawbridge
27      Crawford & Strawbridge
        719 Orchard Street
28      Santa Rosa, CA 95404
```

1  HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓  **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, **CASE NO. C 07-04385 CW**:

Sabrina Alexis Beldner    sbeldner@mcguirewoods.com
Matthew C. Kane    mkane@mcguirewoods.com
Michelle Renee Walker    mwalker@mcguirewoods.com

USPS MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 12, 2008

*[signature]*
Shola Ogunlana