1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5  Attorneys for Plaintiffs

6

7

8                          UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JANA LAWLER, individual, on behalf  )    **CASE NO. C 07-04385 CW**
   of herself and all others similarly )
   situated,                           )
12                                     )
                                       )
              Plaintiffs,              )
13                                     )
                                       )
       v.                              )    **AMENDED CERTIFICATE OF**
14                                     )    **SERVICE**
   GREENPOINT MORTGAGE, a              )
15 division of GREENPOINT              )
   FINANCIAL CORP., and DOES 1         )
16 through 100,                        )
                                       )
17            Defendants.              )
                                       )
18  _____)

19 I, Shola Ogunlana, declare:

20        I am, and was at the time of the service mentioned in this declaration, over the age
   of 18 years and am not a party to this cause.  My business address is HOFFMAN &
21 LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
   California. On February 12, 2008, I served the following Documents:
22

23        **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
          DATE FOR DEFENDANT'S MOTION TO DISMISS**
24
   ✓      FACSIMILE: by transmitting via facsimile the document(s) listed above to the
25        fax number(s) set forth below.

26        Newman Guthrie Strawbridge
          Crawford & Strawbridge
27        719 Orchard Street
          Santa Rosa, CA 95404
28        Fax: (707)573-1094

1    HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

2

3    FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight

4    delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not

5    later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

6

✓    **ELECTRONIC FILING:** The following parties were served by simultaneously

7    filing the attached document(s) with the United States District Court, Northern District of California, **CASE NO. C 07-04385 CW**:

8

9    Sabrina Alexis Beldner    sbeldner@mcguirewoods.com

10   H. Tim Hoffman    hth@hoffmanandlazear.com

11   Matthew C. Kane    mkane@mcguirewoods.com

12   Arthur William Lazear    awl@hoffmanandlazear.com

13   Morgan Matthew Mack    mmm@hoffmanandlazear.com

14   Colleen Marie Regan    cmregan@mcguirewoods.com

15   Michelle Renee Walker    mwalker@mcguirewoods.com

16   USPS MAIL:  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California

17   addressed as set forth below.

18       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19

20   Dated: February 12, 2008

21

22   Shola Ogunlana

23

24

25

26

27

28