1  H. Tim Hoffman, SBN 49141
   Arthur W. Lazear, SBN 83603
2  Morgan M. Mack SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA  94612
4  Telephone:  (510) 763-5700

5  Newman Strawbridge, SBN  171360
   **LAW OFFICE OF NEWMAN STRAWBRIDGE**
6  719 Orchard Street
   Santa Rosa, CA  95404
7  Telephone:     (707) 523-3377

8  Cameron Cunningham  SBN  75593
   **LAW OFFICE OF CAMERON CUNNINGHAM**
9  719 Orchard Street
   Santa Rosa, CA  95404
10 Telephone:     (707) 829-9194

11 Attorneys for Plaintiffs

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                                OAKLAND DIVISION

15

16 JANA LAWLER, individual, on behalf of     )    **CASE NO. C 07-04385 CW**
   herself and all others similarly situated, )
17                                           )    **STIPULATION AND [PROPOSED]**
                    Plaintiffs,              )    **ORDER CONTINUING HEARING**
18                                           )    **DATE FOR DEFENDANT'S MOTION**
       v.                                    )    **TO DISMISS**
19                                           )
   GREENPOINT MORTGAGE, a division of        )    Hon. Claudia Wilken
20 GREENPOINT FINANCIAL CORP., and DOES      )
   1 through 100,                            )
21                                           )
                                             )
22                  Defendants.              )

23

24

25

26

27

28

Stipulation and [Proposed] Order Continuing Hearing Date for Defendant's Motion to Dismiss
Case No. C 07-04385 CW                     1

1  WHEREAS the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. 12(b)(6) and/or to Strike Portions Thereof Pursuant to F.R.C.P. 12(f) or 23(d)(4) is currently set for March 6, 2008; and

WHEREAS the parties have scheduled a mediation with retired Judge Ronald Sabraw for February 29, 2008, pursuant to the Court's order to pursue mediation by that date, and they wish to avoid potentially unnecessary briefing on the above-referenced motion in the event the case is resolved at that mediation;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that:

1. The hearing on Defendant's Motion to Dismiss the above-captioned action shall be continued from March 6, 2008 until March 27, 2008; and

2. The briefing deadlines shall be extended to correspond with the new hearing date.

Dated: February 12, 2008         /s/
                                 MORGAN M. MACK
                                 Attorney for Plaintiffs

Dated: February 12, 2008         /s/
                                 MATTHEW C. KANE
                                 Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: __2/22_____, 2008    _____
                                 United States District Judge

Stipulation and [Proposed] Order Continuing Hearing Date for Defendant's Motion to Dismiss
Case No. C 07-04385 CW                              2