1  HOFFMAN & LAZEAR
   H. Tim Hoffman, Esq.          (SBN 49141)
2  hth@hoffmanandlazear.com
   Arthur W. Lazear, Esq.        (SBN 83603)
3  awl@hoffmanandlazear.com
   Morgan M. Mack, Esq.          (SBN 212659)
4  mmm@hoffmanandlazear.com
   180 Grand Avenue, Suite 1550
5  Oakland, CA 94612
   Telephone:     (510) 763-5700
6  Facsimile:     (510) 835-1311

7  Attorneys for Plaintiff, JANA LAWLER,
   individual, on behalf of herself
8  and all others similarly situated

9  McGuireWoods LLP
   Matthew C. Kane, Esq.         (SBN 171829)
10 mkane@mcguirewoods.com
   Michelle R. Walker, Esq.      (SBN 167375)
11 mwalker@mcguirewoods.com
   Sabrina A. Beldner, Esq.      (SBN 221918)
12 sbeldner@mcguirewoods.com
   1800 Century Park East, 8th Floor
13 Los Angeles, California 90067
   Telephone:     (310) 315-8200
14 Facsimile:     (310) 315-8210

15 Attorneys for Defendant,
   GREENPOINT MORTGAGE, a division of
16 GREENPOINT FINANCIAL CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>　　　　　Defendants. | CASE NO. C 07-04385 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TAKING DEFENDANT'S MOTION TO DISMISS OFF CALENDAR WITHOUT PREJUDICE**<br><br>**Date:**　　March 27, 2008<br>**Time:**　　2:00 p.m.<br>**Courtroom:**　2 |

5217027.1

1

**Stipulation and [Proposed] Order Taking Defendant's Motion Off Calendar Without Prejudice**

**RECITALS**

WHEREAS Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. 12(b)(6) and/or to Strike Portions Thereof Pursuant to F.R.C.P. 12(f) or 23(d)(4) (the "Motion") is set for hearing on March 27, 2008; and

WHEREAS the parties reached a tentative class settlement through the private mediation ordered by the Court;

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that:

1. The Motion shall be taken off calendar without prejudice;

2. If the tentative settlement is not submitted to and approved by this Court, a new hearing date on the Motion shall be scheduled with the briefing schedule on the Motion to correspond to the new hearing date.

DATED: March 18, 2008          HOFFMAN & LAZEAR

By: /s/ Morgan M. Mack
    H. Tim Hoffman, Esq.
    Arthur W. Lazear, Esq.
    Morgan M. Mack, Esq.
Attorneys for Plaintiff JANA LAWLER, individual, on behalf of herself and all others similarly situated

DATED: March 18, 2008          MCGUIREWOODS LLP

By: /s/ Matthew C. Kane
    Matthew C. Kane, Esq.
    Michelle R. Walker, Esq.
    Sabrina A. Beldner, Esq.
Attorneys for Defendant
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.

5217027.1                          2
**Stipulation and [Proposed] Order Taking Defendant's Motion Off Calendar Without Prejudice**

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____         _____
                                 Hon. Claudia Wilken
                                 United States District Judge