H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
MORGAN M. MACK SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | **CASE NO. C 07-04385 CW**<br><br><br>**CERTIFICATE OF SERVICE** |

I, Shola Ogunlana, declare:

I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On March 18, 2008, I served the following Documents:

**STIPULATION AND [PROPOSED] ORDER TAKING DEFENDANT'S MOTION TO DISMISS OFF CALENDAR WITHOUT PREJUDICE**

FACSIMILE: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

Newman Guthrie Strawbridge
Crawford & Strawbridge
719 Orchard Street
Santa Rosa, CA 95404
Fax: 707-573-1094

1    HAND DELIVERY: By hand delivering the document(s) listed above to the
person(s) at the address(es) set forth below.

2

3    FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL
EXPRESS drop box facility located closest to my office in Oakland, California, in
a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight

4    delivery. The FEDERAL EXPRESS request form was completed in a manner so
that postage was prepaid, and contained instructions requesting delivery by not

5    later than 5:00 pm the following business day, to the person(s) at the address(es)
set forth below.

6

7    USPS MAIL:  By placing the document(s) listed above in a sealed envelope with
postage thereon fully prepaid, in the United States mail at Oakland, California
addressed as set forth below.

8

9 ✓    **ELECTRONIC FILING:** The following parties were served by simultaneously
filing the attached document(s) with the United States District Court, Northern
District of California, CASE NO. C 07-04385 CW.

10

11 Sabrina Alexis Beldner      Morgan Matthew Mack
sbeldner@mcguirewoods.com      mmm@hoffmanandlazear.com

12

13 H. Tim Hoffman      Colleen Marie Regan
hth@hoffmanandlazear.com      cmregan@mcguirewoods.com

14 Matthew C. Kane      Michelle Renee Walker
mkane@mcguirewoods.com      mwalker@mcguirewoods.com

15

16 Arthur William Lazear
awl@hoffmanandlazear.com

17      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

18

19 Dated: March 18, 2008

20

21 Shola Ogunlana

22

23

24

25

26

27

28