1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5  Attorneys for Plaintiffs
6
7
8                       UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 JANA LAWLER, individual, on behalf of       )   **CASE NO. C 07-04385 CW**
11 herself and all others similarly situated,  )
                                               )
12              Plaintiffs,                    )
                                               )
13      v.                                     )
                                               )   **CERTIFICATE OF SERVICE**
14 GREENPOINT MORTGAGE, a division of          )
   GREENPOINT FINANCIAL CORP., and             )
15 DOES 1 through 100,                         )
                                               )
16              Defendants.                    )
   _____         )
17                                             )
                                               )
18

19 I, Shola Ogunlana, declare:

20      I am, and was at the time of the service mentioned in this declaration, over the age
   of 18 years and am not a party to this cause. My business address is HOFFMAN &
21 LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
   California. On July 22, 2008, I served the following Documents:
22

23      **STIPULATION AND [PROPOSED] ORDER   RESCHEDULING CASE
        MANAGEMENT CONFERENCE**
24
        FACSIMILE: by transmitting via facsimile the document(s) listed above to the
25      fax number(s) set forth below.

26 ✓    **EMAIL:** By transmitting via email based on a court order or an agreement of the
        parties to accept service by e-mail or electronic transmission, I caused the
27      documents to be sent to the persons at the e-mail addresses listed below.

28

| | |
|---|---|
| Newman Guthrie Strawbridge<br>rlaw@sonic.net | Cameron Cunningham<br>camc@sonic.net |

☐ **HAND DELIVERY:** By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **FEDERAL EXPRESS:** By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

☐ **USPS MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, CASE NO. C 07-04385 CW.

| | |
|---|---|
| Sabrina Alexis Beldner<br>sbeldner@mcguirewoods.com | Morgan Matthew Mack<br>mmm@hoffmanandlazear.com |
| H. Tim Hoffman<br>hth@hoffmanandlazear.com | Colleen Marie Regan<br>cmregan@mcguirewoods.com |
| Matthew C. Kane<br>mkane@mcguirewoods.com | Michelle Renee Walker<br>mwalker@mcguirewoods.com |
| Arthur William Lazear<br>awl@hoffmanandlazear.com | |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 22, 2008

                                               /s/ Shola Ogunlana      
                                               Shola Ogunlana