HOFFMAN & LAZEAR
H. Tim Hoffman, Esq.          (SBN 49141)
hth@hoffmanandlazear.com
Arthur W. Lazear, Esq.        (SBN 83603)
awl@hoffmanandlazear.com
Morgan M. Mack, Esq.          (SBN 212659)
mmm@hoffmanandlazear.com
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone:    (510) 763-5700
Facsimile:    (510) 835-1311

Attorneys for Plaintiff, JANA LAWLER,
individual, on behalf of herself
and all others similarly situated

MCGUIREWOODS LLP
Matthew C. Kane, Esq.         (SBN 171829)
mkane@mcguirewoods.com
Sabrina A. Beldner, Esq.      (SBN 221918)
sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:    (310) 315-8200
Facsimile:    (310) 315-8210

Attorneys for Defendant,
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>         Plaintiffs,<br><br>    vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>         Defendants. | CASE NO. C 07-04385 CW<br><br>**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AS MODIFIED**<br><br>**Date:**       July 24, 2008<br>**Time:**       2:00 p.m.<br>**Courtroom:**   2 |

**TO THE HON. CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE, NORTHERN**

1

**Stipulation and [Proposed] Order Rescheduling Case Management Conference**

**DISTRICT OF CALIFORNIA:**

WHEREAS the Court has set July 24, 2008 as the date for a Case Management Conference; and

WHEREAS the parties reached a tentative class settlement through the private mediation ordered by the Court;

WHEREAS the parties will file a Motion for Preliminary Approval of Class Settlement by July 28;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that:

1. The Case Management Conference shall be rescheduled to August 28, 2008;

Dated: July 21, 2008                                /s/ Morgan M. Mack_____
                                                    MORGAN M. MACK
                                                    Attorney for Plaintiffs


Dated: July 21, 2008                                /s/ Matthew C. Kane_____
                                                    MATTHEW C. KANE
                                                    Attorney for Defendant

**ORDER**

IT IS SO ORDERED. The Case Management Conference is rescheduled to September 4, 2008, at 2:00 p.m..

Dated: ___7/24_____, 2008     _____
                                     United States District Judge

---

2

**Stipulation and [Proposed] Order Rescheduling Case Management Conference**