UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintff,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | Case No. C 07-04385 CW<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

On _____, 2008, the Court heard a joint motion by plaintiff JANA LAWLER (as Class Representative), on behalf of herself and all others similarly situated, and by defendant GREENPOINT MORTGAGE ("Greenpoint") for preliminary approval of a proposed class action settlement. The Court has considered the parties' stipulated Settlement Agreement and Release (the "Stipulation") and the proposed Notice of Settlement of Class Action (the "Class Notice") and attached forms, exhibits and schedules, and the submissions of counsel, and hereby finds and orders as follows:

1.  The Court finds on a preliminary basis that the settlement memorialized in the Stipulation, filed with the Court, falls within the "range of reasonableness" and therefore approves the settlement on a preliminary basis.

2.  Pursuant to Rule 23(a) and Rule 23(b)(3) of the Federal Rules of Civil Procedure, the Court conditionally certifies, for settlement purposes only, the following class ("Class"): All individuals who, as verified by GreenPoint's personnel and payroll records, were (a) employed full-time by GreenPoint in the

position of Underwriter II (also known as a "Staff Underwriter") or Underwriter III (also known as a "Senior Underwriter") at any of GreenPoint's California branches in its wholesale residential mortgage lending division at any time between July 18, 2003 and September 28, 2007 (the "Class Period"); and (b) have not signed a release in favor of any of the "GreenPoint Released Parties" (as defined in Paragraph 36 of the Stipulation).

3. The Court appoints for settlement purposes Jana Lawler as Class Action Representative.

4. The Court appoints for settlement purposes only the law firm of Hoffman & Lazear as Class Counsel for the Settlement Class.

5. The Court appoints Rosenthal & Co. as the Claims Administrator.

6. The parties are ordered to carry out the settlement according to the terms of the Stipulation.

7. The Court will conduct a Final Approval hearing on _____, 2008 at _____ a.m. The Court expressly reserves the right to adjourn or continue the Final Approval Hearing without further notice to the Class Members.

IT IS SO ORDERED.

Dated: _____

HON. Claudia Wilken,
United States District Court Judge