H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
MORGAN M. MACK SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-04385 CW<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Shola Ogunlana, declare:

I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On August 27, 2008, I served the following Documents:

**NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE AND SETTING OF FINAL APPROVAL HEARING;**

**MEMORANDUM OF POINT AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE AND SETTING OF FINAL APPROVAL HEARING;**

**DECLARATION OF H. TIM HOFFMAN IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE AND SETTING OF FINAL APPROVAL HEARING;**

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

FACSIMILE: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

✓  EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

Newman Guthrie Strawbridge         Cameron Cunningham
rlaw@sonic.net                     camc@sonic.net

HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

USPS MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

✓  ELECTRONIC FILING: The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, CASE NO. C 07-04385 CW.

Sabrina Alexis Beldner              Morgan Matthew Mack
sbeldner@mcguirewoods.com           mmm@hoffmanandlazear.com

H. Tim Hoffman                      Colleen Marie Regan
hth@hoffmanandlazear.com            cmregan@mcguirewoods.com

Matthew C. Kane                     Michelle Renee Walker
mkane@mcguirewoods.com              mwalker@mcguirewoods.com

Arthur William Lazear
awl@hoffmanandlazear.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 27, 2008

*[signature]*
Shola Ogunlana