HOFFMAN & LAZEAR
Arthur W. Lazear, Esq.   (SBN 83603)
awl@hoffmanandlazear.com
Morgan M. Mack, Esq.   (SBN 212659)
mmm@hoffmanandlazear.com
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone:  (510) 763-5700
Facsimile:   (510) 835-1311

Attorneys for Plaintiff, JANA LAWLER, individual, on behalf of herself and all others similarly situated

McGUIREWOODS LLP
Matthew C. Kane, Esq.   (SBN 171829)
mkane@mcguirewoods.com
Sabrina A. Beldner, Esq. (SBN 221918)
sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendant,
GREENPOINT MORTGAGE, a division of
GREENPOINT FINANCIAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | Case No. C 07-04385 CW<br><br>AMENDED NOTICE OF JOINT MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE AND SETTING OF FINAL APPROVAL HEARING |

1   TO THE COURT AND ALL INTERESTED PARTIES:

2       PLEASE TAKE NOTICE THAT on September 4, at 2:00 p.m. or as soon thereafter as counsel may be heard, in the Courtroom of The Honorable Claudia Wilken, United States District Court for the Northern District of California, Plaintiff JANA LAWLER (herein "Plaintiff"), and Defendant GREENPOINT MORTGAGE. (herein "GreenPoint"), will and hereby do jointly and respectfully move the Court to provide preliminary approval of the proposed class action settlement. Specifically, the parties jointly and respectfully request that the Court (a) grant preliminary approval for the proposed class action settlement; (b) grant conditional certification of the proposed settlement class; (c) authorize the mailing of the proposed class action notice; and (d) schedule a "fairness hearing," i.e., a hearing on the final approval of the settlement.

    The parties make this Motion on the grounds that the proposed settlement is fair, adequate and reasonable. Specifically, it is within the range of possible final approval, and notice should, therefore, be provided to the Class.

    This Motion is based upon this Notice of Joint Motion and Joint Motion for Preliminary Approval of Class Action Settlement, the Memorandum of Points and Authorities in Support Thereof, the parties' stipulated Settlement Agreement and Release lodged concurrently herewith, the Declaration of H. Tim Hoffman, any oral

///
///
///
///
///
///
///
///

1  argument of counsel, the complete files and records in the above-captioned matter,
2  and such additional matters as the Court may consider.

                                                Respectfully submitted,

DATED: August 28, 2008        HOFFMAN & LAZEAR

                                                By: [signature]
                                                H. TIM HOFFMAN
                                                Attorneys for Plaintiffs

DATE:  August 28, 2008        McGuireWoods LLP

Matthew C. Kane                        By:   /s/
                                                Attorneys for Defendant
                                                GREENPOINT MORTGAGE, a
                                                division of   GREENPOINT
                                                FINANCIAL CORP.