1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JANA LAWLER, individual, on behalf  )   **CASE NO. C 07-04385 CW**
   of herself and all others similarly )
   situated,                           )
12                                     )
                                       )
13         Plaintiffs,                 )
                                       )
14    v.                               )   **CERTIFICATE OF SERVICE**
                                       )
15 GREENPOINT MORTGAGE, a              )
   division of GREENPOINT              )
16 FINANCIAL CORP., and DOES 1         )
   through 100,                        )
17                                     )
           Defendants.                 )
18 _____)

I, Angela F. Lazear, declare:

   I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On August 28, 2008, I served the following Documents:

   **AMENDED NOTICE OF JOINT MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; APPROVAL OF CLASS NOTICE AND SETTING OF FINAL APPROVAL HEARING**

   FACSIMILE: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

✓  **EMAIL:** By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

| | |
|---|---|
| Newman Guthrie Strawbridge<br>rlaw@sonic.net | Cameron Cunningham<br>camc@sonic.net |

HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

USPS MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

✓ ELECTRONIC FILING: The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, CASE NO. C 07-04385 CW.

| | |
|---|---|
| Sabrina Alexis Beldner<br>sbeldner@mcguirewoods.com | Morgan Matthew Mack<br>mmm@hoffmanandlazear.com |
| H. Tim Hoffman<br>hth@hoffmanandlazear.com | Colleen Marie Regan<br>cmregan@mcguirewoods.com |
| Matthew C. Kane<br>mkane@mcguirewoods.com | Michelle Renee Walker<br>mwalker@mcguirewoods.com |
| Arthur William Lazear<br>awl@hoffmanandlazear.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 28, 2008

*[signature]*
Angela F. Lazear