1  McGuireWoods LLP
   Matthew C. Kane, Esq.    (SBN 171829)
2  mkane@mcguirewoods.com
   Michelle R. Walker, Esq. (SBN 167375)
3  mwalker@mcguirewoods.com
   Sabrina A. Beldner, Esq. (SBN 221918)
4  sbeldner@mcguirewoods.com
   1800 Century Park East, 8th Floor
5  Los Angeles, California 90067
   Telephone:  (310) 315-8200
6  Facsimile:  (310) 315-8210

7  Attorneys for Defendant,
   GREENPOINT MORTGAGE, a division of
8  GREENPOINT FINANCIAL CORP.

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                         **OAKLAND DIVISION**
12

13

14  JANA LAWLER, individual, on behalf of   )  CASE NO. C 07-04385 CW
    herself and all others similarly situated, )
15                                            )  **DEFENDANT'S COUNSEL'S**
                 Plaintiffs,                  )  **REQUEST TO  PARTICIPATE IN**
16                                            )  **HEARING ON JOINT MOTION**
            vs.                               )  **FOR PRELIMINARY APPROVAL**
17                                            )  **OF CLASS ACTION**
    GREENPOINT MORTGAGE, a division          )  **SETTLEMENT BY TELEPHONE**
18  of GREENPOINT FINANCIAL CORP.,           )
    and DOES 1 through 100,                   )  **Date:**        September 4, 2007
19                                            )  **Time:**        2:00 p.m.
                 Defendants.                  )  **Courtroom:**  2
20  _____ )_

21

22

23

24

25

26

27

28

1 **TO THE HON. CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE,**

2 **NORTHERN DISTRICT OF CALIFORNIA:**

3        Defendant GREENPOINT MORTGAGE, a division of GREENPOINT

4 FINANCIAL CORP. ("Defendant"), hereby requests that its co-lead trial counsel in

5 this action, Michelle R. Walker, Esq., be allowed to participate in the hearing on the

6 parties' Joint Motion for Preliminary Approval of Class Action Settlement, filed on

7 Wednesday, August 27, 2008 and scheduled for Thursday, September 4, 2007 at

8 2:00 p.m., by telephone.

9        Ms. Walker's direct dial office telephone number is (310) 315-8290. This is

10 not a cell phone number. Ms. Walker will be available and on standby from 2:00

11 p.m. until the Court calls her for the hearing.

12 DATED: September 2, 2008        MCGUIREWOODS LLP

13

14                                          By: /s/ Michelle R. Walker

15                                                Matthew C. Kane, Esq.

16                                                Michelle R. Walker, Esq.
                                                 Sabrina A. Beldner, Esq.

17
                                          Attorneys for Defendant
18                                        GREENPOINT MORTGAGE, a division
                                          of GREENPOINT FINANCIAL CORP.
19

20

21

22

23

24

25

26

27

28

DEFENDANT'S COUNSEL'S  REQUEST  TO PARTICIPATE IN HEARING ON JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE