1  MCGUIREWOODS LLP
   Matthew C. Kane, Esq.   (SBN 171829)
2  mkane@mcguirewoods.com
   Michelle R. Walker, Esq. (SBN 167375)
3  mwalker@mcguirewoods.com
   Sabrina A. Beldner, Esq. (SBN 221918)
4  sbeldner@mcguirewoods.com
   1800 Century Park East, 8th Floor
5  Los Angeles, California 90067
   Telephone:  (310) 315-8200
6  Facsimile:   (310) 315-8210

7  Attorneys for Defendant,
   GREENPOINT MORTGAGE, a division of
8  GREENPOINT FINANCIAL CORP.

9
10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
12                         **OAKLAND DIVISION**
13

| | |
|---|---|
| 14  JANA LAWLER, individual, on behalf of herself and all others similarly situated, | CASE NO. C 07-04385 CW |
| 15 | |
| 16              Plaintiffs, | **DEFENDANT'S COUNSEL'S REQUEST TO PARTICIPATE IN HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE** |
| 17       vs. | |
| 18  GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100, | |
| 19 | **Date:**       September 4, 2007<br>**Time:**       2:00 p.m.<br>**Courtroom:**  2 |
| 20              Defendants. | |

21
22
23
24
25
26
27
28

**TO THE HON. CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Defendant GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP. ("Defendant"), hereby requests that its co-lead trial counsel in this action, Michelle R. Walker, Esq., be allowed to participate in the hearing on the parties' Joint Motion for Preliminary Approval of Class Action Settlement, filed on Wednesday, August 27, 2008 and scheduled for Thursday, September 4, 2007 at 2:00 p.m., by telephone.

Ms. Walker's direct dial office telephone number is (310) 315-8290. This is not a cell phone number. Ms. Walker will be available and on standby from 2:00 p.m. until the Court calls her for the hearing.

DATED: September 2, 2008          McGuireWoods LLP

By: /s/ Michelle R. Walker
    Matthew C. Kane, Esq.
    Michelle R. Walker, Esq.
    Sabrina A. Beldner, Esq.

Attorneys for Defendant
GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP.



GRANTED
Judge Claudia Wilken

2
DEFENDANT'S COUNSEL'S REQUEST TO PARTICIPATE IN HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY TELEPHONE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE