UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAWLER,

        Plaintiff,

   v.

GREENPOINT MORTGAGE,

        Defendant.

NO. C 07-04385 CW

**MINUTE ORDER**
Date: 9/4/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill      Court Reporter:**  Raynee Mercado

**Appearances for Plaintiff:**
Morgan Mack

**Appearances for Defendant:**
Michelle Walker by phone

**Motions:**

| | | |
|---|---|---|
| Joint | Mo. for preliminary approval of class action settlement, approval of class notice and setting of final approval | Submitted |

Further briefing due:
Order to be prepared by:  Counsel to submit revised order

          **Case Management Conference Held?:**  not held

Notes:  Counsel to submit by 9/12/08 revised settlement agreement and revised notice and further points and authorities addressing Court's questions and new proposed order.  **Fairness hearing set for 1/8/09 at 2:00 p.m.**

Copies to:  Chambers