HOFFMAN & LAZEAR
Arthur W. Lazear, Esq.     (SBN 83603)
awl@hoffmanandlazear.com
Morgan M. Mack, Esq.     (SBN 212659)
mmm@hoffmanandlazear.com
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone:   (510) 763-5700
Facsimile:    (510) 835-1311

Attorneys for Plaintiff, JANA LAWLER,
individual, on behalf of herself
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>Defendants. | Case No. C 07-04385 CW<br><br>SUPPLEMENTAL MEMORANDUM REGARDING REVISED CLASS NOTICE AND SETTLEMENT OF CLASS ACTION |

Both the Settlement and Release Agreement and the Notice of Settlement of Class Action have been revised to address each of the concerns raised by the Court at the September 4, 2008 Preliminary Approval Hearing. Plaintiffs' counsel wish to alert the Court to changes made to both the requested attorneys fees and the requested Class Representative Service Award.

In accordance with the Revised Settlement and Release Agreement (Filed September 12, 2008), plaintiffs' counsel will now request no more than 25% ($231,250.00) of the overall settlement ($925,000) as reasonable compensation for the work they performed in this Action,

will continue to perform through settlement finalization and distribution of class member payments, and for the costs they incurred and will incur in connection with the Action. The Class Representative, Jana Lawler, will request a Service Award of no more than $10,000.00 for the services she provided on behalf of the Settlement Class. Plaintiffs' counsel believes that the requested amounts are within the parameters set by Ninth Circuit case law and will support the requests with further evidence in support of Final Approval.

                    Respectfully submitted,

DATED: September 12, 2008            HOFFMAN & LAZEAR

By:    /s/ H. Tim Hoffman
      H. TIM HOFFMAN
      Attorneys for Plaintiffs