H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
MORGAN M. MACK SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>　　　　　　　Defendants. | **CASE NO. C 07-04385 CW**<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Shola Ogunlana, declare:

　　I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On September 12, 2008, I served the following Documents:

**SETTLEMENT AND RELEASE AGREEMENT;**

**NOTICE OF SETTLEMENT OF CLASS ACTION;**

**SUPPLEMENTAL MEMORANDUM REGARDING REVISED CLASS NOTICE AND SETTLEMENT OF CLASS ACTION;**

**SUPPLEMENTAL MEMORANDUM REGARDING REVISED CLASS NOTICE AND SETTLEMENT OF CLASS ACTION SETTLEMENT AND RELEASE AGREEMENT - *docket number 69 incorrectly filed as SETTLEMENT AND RELEASE AGREEMENT**

　　FACSIMILE: by transmitting via facsimile the document(s) listed above to the

1 | fax number(s) set forth below.

2 | ✓ **EMAIL:** By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

Newman Guthrie Strawbridge
rlaw@sonic.net

Cameron Cunningham
camc@sonic.net

HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

USPS MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, CASE NO. C 07-04385 CW.

Sabrina Alexis Beldner
sbeldner@mcguirewoods.com

Morgan Matthew Mack
mmm@hoffmanandlazear.com

H. Tim Hoffman
hth@hoffmanandlazear.com

Colleen Marie Regan
cmregan@mcguirewoods.com

Matthew C. Kane
mkane@mcguirewoods.com

Michelle Renee Walker
mwalker@mcguirewoods.com

Arthur William Lazear
awl@hoffmanandlazear.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 12, 2008

                                          /s/ Shola Ogunlana
                                          Shola Ogunlana