1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LAWLER, individual, on behalf of herself and all others similarly situated,<br><br>    Plaintff,<br><br> vs.<br><br>GREENPOINT MORTGAGE, a division of GREENPOINT FINANCIAL CORP., and DOES 1 through 100,<br><br>    Defendants. | Case No. C 07-04385 CW<br><br>CORRECTED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

On September 26, 2008, this Court executed an Order Granting Preliminary Approval of Class Action Settlement pursuant to a joint motion by Plaintiff JANA LAWLER (as Class Representative) on behalf of herself and all others similarly situated, and Defendant GREENPOINT MORTGAGE ("GreenPoint"). The parties now submit the instant Corrected Order Granting Preliminary Approval of Class Action Settlement, because the September 26, 2008 Order contained an incorrect definition of the class conditionally certified with respect to the settlement. Accordingly, it is hereby ordered as follows:

   1.  Based on the joint motion for preliminary approval of a proposed class action settlement, Joint Stipulation and Settlement Agreement ("Stipulation"), and Proposed Notice of Class Action and Pending Settlement ("Class Notice") and attached forms, exhibits and schedules, and the submissions of counsel, the settlement memorialized in the Stipulation falls within the "range of reasonableness" and is therefore approved on a preliminary basis.

2.      Pursuant to Rule 23(a) and Rule 23(b)(3) of the Federal Rules of Civil Procedure, the Court conditionally certifies, for settlement purposes only, the following class ("Class"):   All individuals who, as verified by GreenPoint's personnel and payroll records, were (a) employed full-time by GreenPoint in the position of Underwriter II (also known as a "Staff Underwriter") or Underwriter III (also known as a "Senior Underwriter") at any of GreenPoint's California branches in its wholesale residential mortgage lending division at any time between July 18, 2003 and September 28, 2007 (the "Class Period"); and (b) have not signed a release in favor of any of the "GreenPoint Released Parties" (as defined in Paragraph 36 of the Stipulation).

3.      The Court hereby vacates the Order executed on September 26, 2008.

4.      The Court appoints for settlement purposes Jana Lawler as Class Action Representative.

5.       The Court appoints for settlement purposes only the law firm of Hoffman & Lazear as Class Counsel for the Settlement Class.

6.      The Court appoints Rosenthal & Co. as the Claims Administrator.

7.      The parties are ordered to carry out the settlement according to the terms of the Stipulation.

8.      The Court will conduct a Final Approval hearing on **February 5, 2009 at 2:00 p.m.**   The Court expressly reserves the right to adjourn or continue the Final Approval Hearing without further notice to the Class Members.

IT IS SO ORDERED.

10/14/08

Dated: _____

_____
Hon. Claudia Wilken,
United States District Court Judge